COURTNEY STUART-ALBAN (SBN 225513)
JUAN PABLO ALBAN (SBN 218144)
STUART ALBAN LAW, PC
87 Raymond Avenue, Suite 200
Pasadena, CA 91103
Telephone: 323-208-4596
courtney@stuartalbanlaw.com
jp@stuartalbanlaw.com

LIZELLE S. BRANDT (SBN 228250)
SINGIAN LAW
1055 E. Colorado Blvd., Ste. 500
Pasadena, CA 91106
Telephone: 626-844-5050
Facsimile: 626-844-505
lizelle@singianlaw.com
andrew@singianlaw.com

Attorneys for Plaintiffs
and the Proposed Class

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| DR. LISBETH W. ROY, a Florida resident; SINGLETON SURGICAL INSTITUTE, LLC; a Georgia limited liability company; NET RETAILERS, LLC, an Illinois limited liability company; and MEDALLION FINANCIAL GROUP, a Maryland corporation. <br><br> Plaintiff, <br><br> v. <br><br> SALESFORCE, INC., a Delaware corporation, and DOES 1-5, <br><br> Defendants. | CASE NO.: 3:24-cv-01219-JD <br><br> **CLASS ACTION** <br><br> **FIRST AMENDED COMPLAINT:** <br><br> **1. VIOLATION OF BUSINESS & PROFESSIONS CODE § 17200 (CC § 1670.5)** <br> **3. VIOLATION OF BUSINESS & PROFESSIONS CODE § 17200 (CC § 1671)** <br> **4. FALSE ADVERTISING, VIOLATION OF BUSINESS** |

1

)  **& PROFESSIONS CODE § §**
)  **17500, ET SEQ.;**
)  **5.  BREACH OF IMPLIED**
)  **COVENANT OF GOOD**
)  **FAITH AND FAIR DEALING**
)  **6. RECISSION**
)
)  **JURY TRIAL DEMANDED**
)

Plaintiffs DR. LISBETH W. ROY, SINGLETON SURGICAL INSTITUTE, LLC, NET RETAILERS, LLC, and MEDALLION FINANCIAL GROUP allege on behalf of themselves and others similarly situated as follows:

## I.    OVERVIEW

1.    Defendant Salesforce, Inc. ("Salesforce") uses deceptive business practices to lure individuals and businesses to enter into unconscionable and unlawful contracts for expensive, years-long subscription-based licenses for complex customer relationship management ("**CRM**") software they are unable to use, as occurred with Plaintiffs, who bring this complaint on behalf of themselves and on behalf of similarly-situated individuals or entities.

2.    The Salesforce business model is centered around a ubiquitous marketing campaign that misrepresents the costs, ease-of-use, flexibility, and performance capabilities of the Salesforce software to lure individuals and businesses to enter into unconscionable, unlawful adhesion contracts that: (i) misrepresent the cost of the software by material amounts, (ii) impose no material obligations on Salesforce, and (ii) make it impossible to cancel for any reason without paying the full contract amount, plus an unlawful penalty, even when the customer is unable to use the software at all, through no fault of their own, as occurred with Plaintiffs and the proposed putative class.

3.    First, Salesforce misrepresents the cost, flexibility, and performance

characteristics of its CRM subscription services ("**Subscription services**"), luring customers to agree to costly, often years-long subscriptions under false pretenses. For instance, Salesforce has advertised the following on its website for years, as have numerous of its affiliates, such as, by way of example, Deloitte Global, which promotes a partnership with Salesforce, and employs the same, Salesforce-authored copy on its website:

**REDUCE COSTS.**

CRM can be quick and easy to implement. A cloud-based system doesn't need special installation, and there's no hardware to set up, keeping IT costs low and removing the headache of version control and update schedules.

Generally, cloud-based CRM systems are priced on the number of users who access the system and the kinds of features needed. This can be very cost-effective in terms of capital outlay, and is also extremely flexible – enabling you to scale up and add more people as your business grows. Salesforce is flexible in terms of functionality, too – you're not paying for any features that are not useful to you.

Available at https://www.deloitte.com/mt/en/Industries/technology/perspectives/mt-salesforce-how-can-crm-help-your-business.html, last accessed on December 1, 2024.

4.     Next, the Order Form that the customer signs to accept Salesforce's Subscription services offer misrepresents the true cost of its CRM software, because use of the Salesforce software *at all* requires an additional outlay of capital to "implement" the software ("**Implementation Cost(s)**"), which Salesforce does not disclose in the Order Form that the customer signs, or in the Master Services Agreement ("**MSA**"), which Salesforce references in small print in tiny font on the last page of the Order Form.

5.     The Implementation Costs are often multiple times greater than the Subscriptions services, and the customer soon learns that the Subscription services have zero value without payment of the substantial undisclosed Implementation Costs.  The true cost ("**True Cost**") of the Salesforce Subscription service is thus the Implementation Cost plus the Subscription cost.

6.     By the time the customers discover the True Cost, however, it is too

late, because they have already signed the Order Form, which though it contains no material terms other than price and the subscription services agreed to – links to the MSA, an unconscionable contract of adhesion that locks customers into anticompetitive subscription agreements that Salesforce will not let consumers cancel for any reason.  When Salesforce customers attempt to terminate their Subscription, because, for instance, they had not understood and cannot pay the True Cost of the Services, or because the Services do not perform as Salesforce's Sales Agents promised, the MSA's unconscionable termination clause kicks in to impose an unlawful penalty that accelerates and makes all remaining payments due in full, with arbitrary interest added at 1.5% per month, for services that Salesforce never provides. *See* MSA, **Exhibit B** at 5.2 and 5.3.

7.     The Salesforce MSA, which the customer is never required to review much less sign, imposes no material obligations on Salesforce and affords no recourse to customers who are tricked into signing Order Forms for expensive, often-years-long Subscriptions for services they are never able to use.  Salesforce has a pattern and practice of refusing to allow early termination, even when Salesforce's culpability is obvious and egregious.  Numerous public complaints about Salesforce's practices support this conclusion and demonstrate that Plaintiffs' experiences are not unique.  *See* **Exhibit C** (sample of public complaints).

8.     Salesforce's unlawful practices generate substantial revenue for Salesforce while causing severe financial harm to businesses across the United States, Mexico, and the Americas –all under color of California law – because Salesforce selected California law to govern disputes arising in each of the aforementioned countries.  Any customer with a complaint about Salesforce's services or business practices is thus required to hale to California to litigate their claims in San Francisco.  That is their only option.  The Salesforce MSA does not contain an arbitration clause, and Salesforce flatly refuses to discuss, much less

provide, any recourse to customers who are unable to use the Subscription services, regardless of the circumstances.

9.      Plaintiffs and the putative class are forced to pay Salesforce for expensive Subscription services they are never able to use, often for years. Salesforce benefits from a windfall amount untethered to its actual damages by forcing payment of the full contract amount and, if not paid within 30 days, an arbitrary Termination Penalty, with no deduction for costs saved by Salesforce.

10.     Plaintiffs file this First Amended Complaint on behalf of themselves and others similarly situated, alleging that certain clauses within the MSA are unconscionable and unenforceable under Civil Code Section 1670.5; that the MSA's Termination Penalty and related clauses are void and unenforceable under California Civil Code Section 1671; that Salesforce's practices are unlawful, unfair, and/or fraudulent under Business & Professions Code section 17200, et seq; and/or that Salesforce has violated the duty of good faith and fair dealing implied in every contract.

11.     Plaintiffs further allege on behalf of themselves and the general public that Salesforce has engaged and continues to engage in advertising that is false and misleading under Business & Professions Code section 17500 et seq, and Plaintiffs beseech the court to enjoin Salesforce from continuing these deceptive practices. In addition, or in the alternative, Plaintiffs with future obligations seek to rescind their divisible, executory contracts under California Civil Code 1689.

12.     California has a legacy of protecting consumers and small businesses from unfair practices that threaten financial ruin and harm social welfare, and this Court has the opportunity and the responsibility to uphold California law by holding Salesforce accountable to the fairness standards that California law requires. This Court is empowered by the California legislature "to police explicitly against the contracts or clauses which they find to be unconscionable," and this case

FIRST AMENDED COMPLAINT

presents an important opportunity to do just that. *See* Notes to Cal. Civ. Code §1670.5.

## II.    THE PARTIES

### A.    **Plaintiffs**

13.    Plaintiff Dr. Lisbeth W. Roy, D.O., PA ("Dr. Roy") is an individual resident of Boca Raton, Florida. At all relevant times, Dr. Roy was doing business as a sole proprietor of Doctor's Studio, a Florida fictitious business formerly owned and operated solely and exclusively by Dr. Roy.

14.    Plaintiff Singleton Surgical Institute, LLC ("Surgical Institute") is a limited liability company with offices located at 3795 Riversong Drive, Suwanee, Georgia, 30024. Surgical Institute provides educational and training services for individuals in the medical field.

15.    Plaintiff Net Retailers, LLC ("Net Retailers") is an Illinois limited liability company with an address of 980 N Michigan Ave, Suite 1325, Chicago, Illinois, 60611.

16.    Plaintiff Medallion Financial Group ("Medallion Financial") is an S corporation incorporated in Maryland with its principal place \of business located at 13 East Deer Park Dr., Gaithersburg, MD 20877.

### B.    **Defendant Salesforce**

17.    Defendant Salesforce, Inc. is a Delaware Corporation, registered to do business in California, with its principal place of business at 415 Mission Street, San Francisco, California 94105.

18.    Salesforce is a publicly traded mega-cap corporation that primarily offers cloud technology-based SaaS for CRM. Salesforce possesses dominant market share as the number one CRM solutions provider in the world for at least

the last eleven years.  For Salesforce's fiscal year ending January 31, 2023, Salesforce earned revenue of $31.352 billion, up 18 percent year over year.

19.    The true names and capacities, whether individual, corporate, associate or otherwise of defendant DOES 1 through 5 are unknown to the Plaintiff, and therefore Plaintiff sues defendants under fictitious names.  Plaintiff is informed and believes and therefore alleges that each of the DOE defendants may be responsible for the claims alleged and the injuries incurred by Plaintiff and the putative Class. Plaintiff will amend its complaint to designate the identity of the parties sued as DOE when they are ascertained.

### III.    JURISDICTION AND VENUE

20.    This Court has original jurisdiction over this case pursuant to the Class Action Fairness Act ("CAFA"), 28 U.S.C. §§ 1332(d), because it is a civil action wherein: (1) the proposed class has at least 100 putative class members; (2) the proposed class asserts an aggregate amount in controversy of $5,000,000 or more, exclusive of interest and costs, and (3) minimal diversity exists. See 28 U.S.C. § 1332(d).

21.    This Court has personal jurisdiction over Defendant because Salesforce is headquartered in California, and its MSA contains a forum selection clause that designates California as its jurisdictional forum.

22.    Venue is proper in this Court because a substantial part of the events or omissions giving rise to these claims occurred in, were directed to, and/or emanated from this District. Venue is also proper because Salesforce's terms of service require that claims are resolved in the courts located in San Francisco, California.

## IV.    FACTUAL ALLEGATIONS

A.    **Salesforce Conceals the True Cost of the MSA to Induce Prospective Customers to Sign Subscription Agreements with Unconscionable Terms.**

23.    Salesforce describes itself as the world leader in CRM technology. Using CRM as its ticker symbol, Salesforce's common stock trades publicly with a market capitalization of over $200 billion when the complaint was filed, making Salesforce one of less than forty "mega-cap" corporations traded on U.S. public markets.

24.    Salesforce sells its Subscription services primarily through a direct sales force that upon information and belief comprises tens of thousands of sales agents (Salesforce states that it has over 72,000 employees[1]) all of whom are incentivized by commission-based compensation to sell complicated and expensive software at any cost to a wide variety of businesses, including small businesses. The telephone sales and field sales personnel are supported by sales representatives who generate qualified sales leads (collectively Salesforce's "Sales Agents").

25.    Salesforce and its Sales Agents are aware that prospective customers contracting for Salesforce's complicated software solutions will need to invest significant Implementation Costs in order for the Subscription services to hold any value to the customer.

26.    Plaintiffs allege that Salesforce sold Plaintiffs Subscription services without disclosing that the services require significant additional upfront capital outlays that Plaintiffs later learned are typically multiple times the initial Subscription term they agreed to in the Order Forms they sign through DocuSign®. The Order Forms contain none of the material terms that Salesforce later aggressively enforces against its customers, including an unlawful termination

---

[1] https://www.salesforce.com/news/stories/salesforce-company-facts/.

penalty, unlawful disclaimers of warranties, unlawful limitation of damages clauses, and one-sided performance obligations that render Salesforce's illusory.

27.    Plaintiffs allege that Salesforce mispresents the upfront capital outlay of its Subscription services and purposefully conceals the True Cost of the Subscription benefits that Salesforce promotes, and the customer expects to receive ("**Expected Benefits**") to induce members of the general public to purchase expensive Subscriptions they otherwise would likely not agree to purchase.

28.    Plaintiffs each allege that by the time they discovered the True Cost of the Expected Benefits, it was too late.  They had already signed the Order Form, which references in tiny print a link to the MSA, whose terms Salesforce alleges everyone who signs an Order Form is bound by, even though Salesforce does not require them to review the terms of the MSA, much less agree to them.

29.    Plaintiffs jointly allege they would not have agreed to the Salesforce Order Form contract if they had been aware of the True Costs, the Termination Penalty, or the illusory nature of Salesforce's performance obligations under the MSA.  Plaintiffs further allege that Salesforce's unconscionable contracts and unfair business practices are intentionally designed to extract an unfair, one-sided financial advantage.

30.    Plaintiffs, on behalf of themselves, others similarly situated, and the public at large, are asking this Court to protect Plaintiff and other unsuspecting consumers from Salesforce's unfair business practices, by reviewing and "policing" the terms of the Salesforce MSA to ensure that Salesforce's contracts and business practices comply with the minimal, applicable California law and policy.

B.    **Salesforce's Marketing and the Terms of the MSA**

31.    Since at least 2019 and continuing today, Salesforce has misrepresented the cost effectiveness and flexibility of its CRM services and

9

misrepresented that Salesforce customers will not pay for any features that are not useful to them.  For instance, as Salesforce states on its website:

**REDUCE COSTS.**

CRM can be quick and easy to implement. A cloud-based system doesn't need special installation, and there's no hardware to set up, keeping IT costs low and removing the headache of version control and update schedules.

Generally, cloud-based CRM systems are priced on the number of users who access the system and the kinds of features needed. This can be very cost-effective in terms of capital outlay, and is also extremely flexible – enabling you to scale up and add more people as your business grows. Salesforce is flexible in terms of functionality, too – you're not paying for any features that are not useful to you.

32.    Before Plaintiffs signed their MSAs they were exposed to and reasonably relied upon the representations made by Salesforce on its website and elsewhere, including that the CRM services would be "quick and easy," would "[not] need special installation," would be "cost-effective in terms of capital outlay," would be "extremely flexible," and contain "out-of-the-box" capabilities.

33.    Plaintiffs each signed an Order Form with Salesforce that claims to be governed by a standard non-negotiable preprinted MSA available on an external Salesforce website located at https://www.salesforce.com/company/legal/agreement-archive/.

34.    At all times relevant herein, Defendant Salesforce had superior bargaining power as the 30th largest company in the world with a market cap of $3.16 billion. Salesforce drafted the MSA, which is an adhesion contract with non-negotiable terms preprinted in small font across at least twelve (12) pages.  *See* Exhibit B (a true and correct copy of the MSA covering the earliest relevant time period at issue in this case, the 2019 agreement that Dr. Roy signed).

35.    Plaintiffs were not required to view the MSA before such time as Salesforce alleges Plaintiffs became bound by the terms of the MSA.

FIRST AMENDED COMPLAINT

36.     Plaintiffs were presented with the applicable Order Form to sign via DocuSign®. The Order Form(s) state "Upon signature by Customer and submission to Salesforce.com, this Order Form shall become legally binding." *See* Exhibit A.

37.     In the following paragraph, in what appears to be 9-point font, the Order Form merely states "This Order Form is governed by the terms of the salesforce.com Master Subscription Agreement found at http://www.salesforce.com/company/msa.jsp.

38.     A review of the MSAs from 2019 to the most current available MSA (dated "October 16, 2023 to Present") shows that each of the iterations of the MSA contains the same material terms that are disputed in this action.  *See* https://www.salesforce.com/company/legal/agreement-archive/.

39.     The MSA is an adhesion contract that – to the extent it was presented to Plaintiffs at all – was presented on a standardized, preprinted form, on a take-it-or-leave-it basis.

40.     Plaintiffs were not afforded an opportunity to negotiate the terms and did not negotiate the terms of the MSA.

41.     Plaintiffs did not have attorney representation to enter into the MSA, and the MSA does not advise that the customer should have an attorney review its terms.

42.     The MSA contains terms that are unreasonably favorable to Salesforce, the more powerful party.

43.     The MSA contains harsh one-sided terms that favor Salesforce to the detriment of Plaintiffs and other customers.

44.     The MSA does not present a rational choice of cancellation or breach. MSA at §5.1.

45.     The MSA provides that if a customer tries to terminate the MSA early, for example by stopping monthly payments, the customer will be forced to pay

11

*more* than the total amount due under the contract, and the entire amount will become due on an accelerated basis.  MSA at §5.4.

46.    If a periodic payment is not received by the due date, the MSA empowers Salesforce to impose an arbitrary 1.5% interest penalty for the late amounts. MSA at §5.3.

47.    The MSA requires customers to pay the full-term amount of their contracts whether they are able to use the Subscription services, or not. MSA at §§ 5.1, 5.4.

48.    On information and belief, Salesforce made no effort to estimate what its actual damages might be in the event of early termination, and the adhesion contract instead imposes a severe and arbitrary penalty.

49.    The MSA's penalty for a customer's breach or termination is the same regardless of the circumstances or timing. There is no relationship between the penalty and the range of harm to Salesforce that could reasonably be anticipated when the parties entered the contract. Salesforce assumes and enforces no duty to mitigate damages and allows no opportunity for efficient breach if its customers are unable to use the services at all and seek to cancel their contract without ever doing so.

50.    According to the MSA, fees are based on "subscriptions purchased*"* from Salesforce's aggressive Sales Agents, "not on actual usage" of Salesforce's Subscription services. MSA at § 5.1(i).  But this is not true.

51.    The Salesforce MSA states that customers are never entitled to receive a *downward* adjustment of costs based on little or no usage of the Services; however, if Customers use one iota more data than the contracted amount, the fees then are based on "the actual usage," such that any *upward* adjustment of usage results in "overage fees" charged at a penalty premium. MSA at § 3.2.

52.    Salesforce's obligations are illusory under the MSA.  Under Section 2.1, Salesforce is only obligated to "make the Services *available.*" Salesforce takes the position that this merely obligates Salesforce to have the software existing on a cloud somewhere, and it does not matter if the Customer can access or use the Services.

53.    The MSA's disclaimer of warranties is invalid and unenforceable under California law where it seeks to disclaim express and implied warranties made by Salesforce Agents before the Subscription Agreement was signed.  *See* Exhibit B at 8.2.

54.    The MSA's limitation of damages clause excluding punitive damages for torts is invalid and unenforceable under California law.  *See* Exhibit B at 10.2.

55.    The MSA's limitation of liability clause limiting Salesforce's liability to twelve months preceding the first incident out of which the liability arose is valid and enforceable under California law.  *See* Exhibit B at 10.1.

## V.    PLAINTIFFS' INDIVIDUAL EXPERIENCES

A.    **<u>Doctor Roy's Experience</u>**

56.    During the relevant time period, Dr. Roy solely owned and operated Doctor's Studio, which was a small but reputable and rapidly growing medical clinic and wellness center providing elective services for longevity and regenerative health.

57.    On or about December 23, 2019, Dr. Roy signed the MSA with Salesforce at a cost of approximately $10,000 for the total annual investment, or so she thought.  Dr. Roy soon discovered that the Expected Benefits of the MSA were contingent upon a significant additional investment of Implementation Costs, which it is now clear that Salesforce knew would be necessary, but which Salesforce did not disclose in any way.

58.    To the contrary, Salesforce promotes the Subscription services Dr. Roy purchased for her solo medical practice as possessing "out-of-the-box capabilities" that would be "easy," "efficient" and "flexible" solutions that would enable her small healthcare business to "increase productivity, save time, and cut costs" Salesforce affirms these core marketing statements in their SEC filings, as shown below, available at https://www.sec.gov/ix?doc=/Archives/edgar/data/0001108524/000110852424000000 05/crm-20240131.htm.

*Industries.* Our industry vertical service offerings are suited to meet the needs of our customers across specific industries, such as financial services, healthcare and life sciences, manufacturing, automotive and government. They include out-of-the-box capabilities that leverage the full power of Salesforce and provide the speed and flexibility to keep up with changing times and customer demands, accelerating time to value.

*Salesforce Starter.* We offer Salesforce Starter, an all-in-one, easy-to-use solution for small- and medium-size businesses built on our Customer 360 platform that brings marketing, sales and service together to help small and growing businesses manage customer relationships, centralize key data, and grow more efficiently. With ease of purchase through self-serve and customized out-of-the-box features, Salesforce Starter helps customers increase productivity, save time and cut costs.

**Business Benefits of Using Our Solutions**

The key advantages of our solutions include the following:

- an industry-leading, AI-powered integrated CRM platform for business-to-business, business-to-consumer and business-to-employee for the all-digital, work-from-anywhere world;
- scalable, efficient and flexible solutions for any size company or industry;
- a single source of truth that connects customer data across systems, apps and devices to help companies sell, service, market and conduct commerce from anywhere;
- the ability to unlock companies' customer data across their business, see and understand their data with advanced analytics, make predictions with pervasive AI, automate tasks and personalize every interaction;
- the ability to infuse trusted AI in the flow of work and create AI assistants that help make the customer experience more intelligent, automated and personalized, and employees more productive;
- the ability to collaborate easily with customers, employees, partners and systems;
- modern low-code and no-code tools powered by leading edge AI, which empowers developers and business users to create digital experiences and configure and automate business processes to fit the needs of any business, accelerating time to value;
- the ability to accelerate adoption and drive results with purpose-built, compliant tools and processes that deliver out-of-the-box functionality, security and interoperability; and
- an enterprise application marketplace and a community of over 21 million Trailblazers: passionate developers, admins and experts who use Salesforce to innovate and extend the platform with thousands of partner apps.

59.    Dr. Roy was shocked to learn it would cost tens of thousands of dollars (possibly $50,000 - $100,000[2]) in hidden Implementation Costs (on her $10,000 contract) to receive any of the Expected Benefits of the MSA.

60.    The Salesforce Subscription services held absolutely no value to her without payment of the undisclosed Implementation Costs, and she never would have agreed to enter the MSA if Salesforce had disclosed the True Costs.

61.    Upon information and belief, Salesforce intentionally concealed the True Costs to induce Plaintiffs and the proposed class members to sign the MSA

---

[2] According to one Salesforce developer who writes about Salesforce implementation, the average cost of Salesforce Implementation depends on complexity, size, level of customization, number of users, and many similar factors. However, according to standard industry estimates, a mid-sized business's average cost of implementing Salesforce ranges from $75,000 to $200,000.

and then leveraged the Termination Penalty to force at least full payment while Salesforce is not obligated to provide any services.   Myriad online complaints about Salesforce parallel the experience of Plaintiffs.  Attached hereto as **Exhibit C** are true and correct screenshots of complaints made on the Trustpilot review website where Salesforce as a 1.4 rating out of 5 stars, and the Better Business Bureau website, where Salesforce has a rating of 1 out of 5 stars.[3]

62.    Dr. Roy was unable and/or unwilling to pay the undisclosed Implementation Costs and thus received no value from the Subscription services.

63.    On May 24, 2020, Plaintiff notified Salesforce that she wanted to cancel her Salesforce subscription, emailing three separate Salesforce agents that she was writing to request a termination of her contract and was unable to continue making any further payments.

64.    On May 26, 2020, a Salesforce representative responded: "*Hello Dr. Roy - I am sorry to hear you are suffering during this time. Is there anything we can do to help you? We want to make sure you are set up for success when things open back up. Let us know!"*

65.    On June 1, 2020, Dr. Roy replied with the following message: "*Thank you.  I appreciate the offer.  I would like my salesforce contract terminated and all current subscriptions to Salesforce products cancelled.  I will not be re-opening as business as usual anytime soon*."

66.    Shortly thereafter that same day, the representative responded, "*No problem. Take care and good luck!"*

67.    On June 20, 2020, after receiving another Salesforce invoice, Dr. Roy emailed her Salesforce representative again asking him to "*please send [her] a document stating that [her] account is cancelled and that there is a zero balance*."

---

[3] See Trustpilot.com/search?query=salesforce, and https://www.bbb.org/us/ca/san-francisco/profile/computer-software-developers/salesforcecom-inc-1116-44164/customer-reviews (last accessed December 15, 2023).

FIRST AMENDED COMPLAINT

68.     Later that day, the Salesforce representative responded: "*Hello Dr. Roy - Your current contract is expiring on 12/22. I have gone ahead and cancelled the upcoming renewal to make sure it terminates on 12/22. Is your request below to cancel the current agreement in place, and no longer make payments? I can submit the request for this, but in full transparency I have had significant difficulty cancelling any existing contracts that are in place.*" (Emphasis added)

69.     Salesforce refused to cancel Plaintiff's executory MSA for future services she made clear she could not and would not use.

70.     On September 27, 2020, Plaintiff's counsel sent a Litigation Hold and Demand Letter explaining that Dr. Roy would be unable to use the Services and would need to terminate the contract.

71.     On October 8, 2020, Salesforce's counsel, George Yu, responded to Plaintiff's letter and rejected Plaintiff's termination request.

72.     On December 1, 2020, Ms. Stuart-Alban emailed Mr. Yu again, noting that Mr. Yu's letter did "not address the issue of Salesforce's unreasonable punitive damages clause, which accelerates all amounts due and requires complete payment of the contract, regardless of Salesforce's actual damages."

73.     Dr. Roy later received a follow-up notice about her delinquent account, requesting immediate payment.  After that, Plaintiff received a notice from a collections agency demanding payment for the remainder of the balance due.

B.     **Surgical Institute's Experience**

74.     Plaintiff Surgical Institute at all relevant times was and is a limited liability company in the state of Georgia which, since 2017, has provided educational and training services for individuals in the medical field.

75.     On or about June 2021, Plaintiff Surgical Institute entered into an Subscription agreement with Salesforce.

16

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

76.     As part of its agreement with Salesforce, Surgical Institute Salesforce first represented that, in exchange for an annual fee of between $1,300 -$1,500 per year, Salesforce would provide software that Surgical Institute could use to collect robust data on existing and prospective customers.  The data collection services that Salesforce Sales Agents promised to provide included without limitation: student grades, attendance, progress alert notes (e.g. if had child care, needed to drop; graduation dates), payment for services, graduation dates, uploading drivers licenses and other credentials.

77.     Plaintiff Surgical Institute soon discovered, however, that the expected benefits of the Subscription agreement were contingent upon a significant additional investment of Implementation Costs, which Plaintiff alleges Salesforce knew would be necessary, but did not disclose.

78.     Plaintiff Surgical Institute was shocked to discover it would cost nearly $40,000 in additional costs to implement the software (and provide licenses to Surgical Institute's staff) to receive any of the Expected Benefits, including the data collection services that Salesforce promised as the entire purpose of convincing her to sign the Order Form Subscription agreement.

79.     The Salesforce Subscription services held zero value to Plaintiff Surgical Institute without payment of the undisclosed Implementation Costs.

80.     Plaintiff Surgical Institute would not have agreed to enter the SUBSCRIPTION AGREEMENT if Salesforce had disclosed the True Costs of the services.

81.     Plaintiff Surgical Institute tried to cancel its SUBSCRIPTION AGREEMENT with Salesforce on March 9, 2024, with Director Carolyn Singleton emailing them, "I want to Cancel Salesforce Contract because I am being overcharged and I do not have the services that I paid for from SalesForce." Singleton also complained that "I… as the business owner, cannot access my

SalesForce business account or data..”    Salesforce will not let Plaintiff Surgical Institute cancel the agreement and instead continues to bill Plaintiff Surgical Institute monthly even though Surgical Institute never received the expected benefits.

C.    **Net Retailers' Experience**

82.    Net Retailers is a Chicago-based company founded in 2009 that sells high-end furniture and home décor through four distinct online brands.  Before engaging Salesforce in 2021, Net Retailers developed its own CRM, Order Relationship Management (“OMS”) software and eCommerce websites for each of their brands.

83.    On or about October 2021, Net Retailers wanted to transition their systems from custom to enterprise and evaluated Salesforce's Commerce Cloud software solution and Shopify. Shopify offered better pricing and terms, but Salesforce employed aggressive direct marketing tactics, including assigning a personal Sales Agent to Net Retailers who set up approximately twenty (20) different meetings with Net Retailers' representatives and Salesforce subject matter “experts” who repeatedly assured Net Retailers that the Salesforce software products would do anything and everything that Net Retailers' custom software was already doing and more and that implementation would take no more than six months.

84.    Throughout these meetings and back-and-forth texts and emails, Salesforce representatives offered persuasive arguments and presentations with graphs and charts projecting the returns that Net Retailers should expect on an investment in the Salesforce Commerce Cloud (“SFCC”) software, highlighting all of the software's performance bells and whistles.

85.    During this process, the Sales Agent confirmed verbally and in writing that she understood that maintaining Net Retailer's existing, multi-site functionality

was most important to them, and she applied considerable pressure on Net Retailers to sign the order form "before Thanksgiving" to lock in Salesforce's supposedly reduced prices. Salesforce and its agents repeatedly assured Net Retailers that the SFCC software would be a competent and cost-effective solution for their business needs.

86.     Net Retailers had no prior experience with Salesforce's complex software solutions and was forced to rely on the expertise of Salesforce. This functionality was a major inducement for Net Retailers to sign these agreements. Salesforce also "guaranteed" a go-live date with no change orders by April 9, 2022, insisting implementation would be straightforward, which Net Retailers alleges Salesforce knew or had reason to know was not true.

87.     On or about November 21, 2021, Net Retailers agreed to purchase a five-year Subscription term for $1,800,000. The Order Form, which contains only the pricing terms and a description of the software products to be licensed, was submitted to Net Retailers for their signature using DocuSign®, which enables the signor to simply *jump* electronically to the sole signature line on the last page. There are no material terms (other than price and software product licenses) visible to the customer before they sign the Order Form.

88.     It is only on the last page of the Order Form in tiny font that Salesforce discloses that the "Order Form is governed by the terms of the salesforce.com Master Subscription Agreement" providing a url link to the MSA but no requirement that the customer specifically agree to unconscionable terms of the MSA.

This Order Form is governed by the terms of the salesforce.com Master Subscription Agreement found at https://www.salesforce.com/company/msa.jsp, unless (i) Customer has a written master subscription agreement executed by salesforce.com for such Services as referenced in the Documentation, in which case such written salesforce.com master subscription agreement will govern or (ii) otherwise set forth herein.

FIRST AMENDED COMPLAINT

89.     Net Retailers did not see, review, or consent to the terms of the MSA before or after signing the Order Form.

90.     To the extent the terms of the MSA were presented by Salesforce to Net Retailers at all, they were presented as an adhesion contract on a take-it-or-leave it basis.

91.     The $1.8MM was a huge investment for Net Retailers, but Salesforce's Sales Team persuaded Net Retailers that the Salesforce software would enable Net Retailers to reach more customers, increase their profit margins, and provide a return on their Salesforce investment in short order.  In the next few months, on or about January 31, 2022, the assigned Sales Agent used similar tactics to induce Net Retailers to add two smaller Salesforce subscriptions for Service Cloud and OMS.

92.     After that, everything went downhill.  Net Retailers soon learned it would take at least a year and significantly more in costs to implement the CRM/OMS software to achieve the functionality that Salesforce promised.

93.     On June 27, 2022, Net Retailers logged a case ticket number with Salesforce (the only way to address defects in the Salesforce products) regarding a performance issue that Salesforce Agents had specifically said would not be an issue, and Salesforce seemed to acknowledge the performance limitation in their response but was unable to correct it.

94.     The issue was not resolved, and on August 23, 2022, Net Retailers asked to terminate or even just suspend its future payment obligations noting that they "cannot continue to pay for software that we are unable to use or implement." On September 1, 2022, their request was denied.

95.     On September 15, 2022, Net Retailers communicated with their account representative again concerning the unresolved performance issue, explaining that the sales force team repeatedly assured them that that this would not be a problem, again requesting termination.  Net Retailers explained that they were

"asking for sales force to work with us and approve early terminations . . . . so that we can financially sustain further loss of revenue due to this system limitation."

96.    This request was summarily rejected by the account representative who explained Salesforce was "not supportive of terminating your Salesforce contracts" and "I do not see Salesforce changing its position."

97.    Throughout this time, Net Retailers continued to experience unreasonable performance issues with the Salesforce software and Net Retailers continued to submit "tickets" to attempt to receive resolve these issues, but they were never resolved.

98.    On November 1, 2022, unable to receive any support from elsewhere, Net Retailers resorted to sending an email to ceo@salesforce.com, providing a detailed explanation of the problems Net Retailers had experienced with the Salesforce software, seeking to terminate their future executory obligations given they were unable to use the Services.  Salesforce did not respond. Net Retailer followed up on November 30 but still did not receive a response.

99.    On or about January 16, 2023, Net Retailers again sent a notice of termination noting that the termination was "not merely for convenience but is the result of multiple efforts by Net Retailers to get a response to issues related to business concerns and product functionality. In addition, it is difficult to find value in a subscription for software services that were never delivered to Net Retailers. Net Retailers never received a fully functional product or services that resulted in the functionality contemplated by the agreements.  Net Retailers made good faith efforts to cancel or suspend the agreements based on reasonable business and legal reasons. …. It now appears that Salesforce is only interested in obtaining payment for a software system that was never implemented. There has been no productive use of the Salesforce system by Net Retailers."

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

100.  On February 22, 2023, Salesforce's counsel, Stephen Blank, responded unsympathetically that they "disagree that Net Retailers' attempt to terminate its Agreements with Salesforce is legally valid; that Salesforce failed to perform or provide the bargained-for Services in the above-referenced Order Forms as warranted; that Salesforce breached the Agreements; or that Net Retailers has stated any legal basis for avoiding future payments owed to Salesforce."  Noting that Net Retailers had complained that their "concerns and issues were never resolved and resulted in a non-remedial material breach," Salesforce's counsel nevertheless accused Net Retailers of "attempting to terminate its Agreements with Salesforce for convenience rather than for any termination for cause and/or material breach as required by the MSA."  Mr. Blank acknowledged that Net Retailers complained that "during implementation, Salesforce's B2C Commerce's Search Engine Optimization ("SEO") did not perform as promised," but Mr. Blank said he "disagreed that the service did not work as promised or as warranted," citing MSA Sections 8.2 and 8.3 in support.

101.  Salesforce thus appears to take the position that the disclaimer of warranties embedded in the small-font, non-negotiable preprinted-form-agreement MSA – which Salesforce does not require the customer to view or sign before being bound by its terms – immunizes Salesforce from liability for any and all representations made to induce the customer to sign the Order Form.

102.  On or about March 15, 2023, after follow-up communications between counsel, Salesforce's attorney, Stephen Blank, restated his view that the Saleforce MSA effectively provides no performance or service obligations on Salesforce; immunizes Salesforce from any and all representations made by Salesforce's direct Sales Agents concerning the performance capabilities of the Salesforce software; and provides no recourse for Salesforce customers who cannot

22

and will not use the Subscription services going forward.   Specifically, Mr. Blank noted:

> My client (i.e., Salesforce's several internal teams) and I have once again concluded and continue to feel strongly that we have not breached any of our previously referenced Agreements with Net Retailers and that we have not engaged in any conduct that would warrant termination of the Agreements by Net Retailers.  I appreciate the thoroughness and professionalism of your …  communications with me and with Salesforce, … but unfortunately we remain at an impasse regarding this dispute.  Salesforce maintains that it provided the bargained-for Services under the Agreements and, again, disagree that we have breached the Agreements in any way.

> ….. Because we remain at an impasse and do not appear to be making progress towards resolution, Net Retailers may soon begin receiving emails stating payment owed by Net Retailers on this contract.  I know this is not the answer you …. were looking for, but we believe we have provided our Services as required and that our contractual commitments are firm.

103.   Net Retailers was left with no viable recourse.  The unlawful penalty clause in the Salesforce MSA – which threatens customers who stop payment with an immediate acceleration of all amounts due for the entire term and an additional monthly, arbitrary penalty of 1.5% – served its intended purpose in deterring Net Retailers from stopping payment on the remaining amounts owed on the Subscriptions, as such a penalty could be financially ruinous for Net Retailers.

104.   Under duress, Net Retailers agreed to an early renewal agreement for a longer period to reduce the annual contract amount in the near term while allowing Net Retailers to invest more money and time into attempting to implement the Salesforce software, which Net Retailers viewed as the only possible way to salvage any potential value from the expensive Subscription services.

105.   Net Retailers thereafter took over the project to save costs.  In December of 2023, they went live with their smallest site to minimize the risks of losing revenue in the event of performance issues, which proved prudent.  After being live for five months, Net Retailers determined that the SFCC platform did not perform as promised and was inferior to Net Retailers' preexisting, internally developed site, relying on objective, measurable performance data.

106.   On or about April 2024, Net Retailers reluctantly concluded that it had no choice but to revert to their preexisting site and stop implementation of all Salesforce software to avoid further harm to their business.

107.   By November 13, 2024, Net Retailers had spent **$1,245,146.6** in licensing costs to Salesforce and **$819,530.5** on implementations costs for Subscription services they have not been able to use or receive any benefit from, consistent with the claims of Plaintiffs and the putative class.

108.   Unfortunately, however, there is still $1.1M remaining on the Salesforce SFCC contract over the next 5 years, which Net Retailers seeks to enjoin Salesforce from enforcing against it for reasons consistent with the allegations of Plaintiffs and the putative class, namely, that the Salesforce MSA is unconscionable and enforceable for all the reasons explained herein, and that Net Retailers is entitled to restitution.

109.   Net Retailers did not and does not consent to the unconscionable terms of the MSA, especially the non-cancellation penalty clause.

110.   Net Retailers is entitled to rescind the remaining term of its executory contract under California Civil Code 1689.

D.    **Medallion Financial Group's Experience**

111.   Medallion Financial Group ("Medallion") is a financial planning firm. Medallion entered into a CRM contract with Salesforce at a cost of approximately $36,000 over the course of three years.  Medallion was surprised by the

Implementation Costs but they were able to bear them so they implemented the CRM software and transferred all of their data with much effort, expense, and time.

112.   As a financial planning firm, Medallion grew to rely on Salesforce as its CRM, in part for its ability to integrate financial data.

113.   Thereafter, Medallion expressed interest in expanding its Salesforce platform. Salesforce representatives persuaded Medallion that a different product, called Mulesoft, would be useful to Medallion.  MuleSoft is a highly technical product that would require a third-party vendor to assist with the integration

114.   Before proceeding, Medallion's representative expressed concerns in three areas (1) **Broker-Dealer Approval**: Any third-party vendor they engage had to be approved by their broker-dealer.  **Budget Constraints:** They explained they could not allocate additional funds for integration. **Time Sensitivity**: They needed a swift transition to avoid disruptions to our operations.

115.   Salesforce's agent assured Medallion that any contract would be conditioned upon broker-dealer approval, emphasizing in a text communication that she understood such procedures were "standard."

116.   Medallion signed the Subscription Agreement, which was just the Order Form.  Medallion's representative did not see the tiny url in the DocuSign® agreement he signed and did not go to the external Salesforce website to review the boilerplate terms of the MSA.

117.   After signing the Subscription Agreement, Medallion experienced problems implementing Mulesoft including that it was not technically feasible for Medallion and the services were not approved by their broker-dealer rendering the contract unviable.

118.   Despite their best efforts to resolve these issues, including extensive back-and-forth discussions, it became clear that the integration was not feasible and Medallion formally requested to cancel the contract.

119.    Salesforce refused and continued to send invoices for the Mulesoft software Medallion was unable to use.  When Medallion did not pay the invoice, Salesforce did not suspend Mulesoft, which they knew that Medallion was not using.  Instead, they canceled Medallion's CRM subscription, locking them out of their critical data to coerce payment of the Mulesoft subscription that Medallion was unable to use.

120.    Medallion would not have agreed to the Mulesoft terms if they had known that they would not be able to cancel without payment of the full contract term if they were unable to use the software.

121.    Salesforce used unconscionable, oppressive, and unfair tactics to coerce payment of the Mulesoft contract when they blocked Medallion from accessing their critical CRM platform, disrupting their business without warning.

## VI.    CLASS ACTION ALLEGATIONS

s

122.    Plaintiffs bring this action pursuant to Rule 23 of the Federal Rules of Civil Procedure  ("Rule 23") on behalf of themselves and the following putative class (the "**Class**"), defined as follows:

All individuals or corporate entities who signed an Order Form with Salesforce for the purpose of obtaining Salesforce Subscription services who attempted early termination but were not able to terminate without payment of at least the full amount under the contract within the last four years and continuing to trial (the "**Class Period**").

Excluded from the Class are Defendants, any entities in which any of Defendants have a controlling interest, and Defendants' officers, directors, legal representatives, successors, subsidiaries, and assigns.  Also excluded

from the Class are any judge, justice, or judicial officer presiding over this matter and the members of their immediate families and judicial staff.

123.    Defendants subjected Plaintiffs and the respective Class members to the same unfair, unlawful, and deceptive practices and harmed them in the same manner and were unjustly enriched in the same manner.

124.    Upon information and belief, the Class consists of over one-hundred persons, making joinder impracticable. The exact size of the Class and identities of the individual members are ascertainable through records that Salesforce maintains.

125.    The claims of Plaintiffs are typical of the Class. The claims of the Plaintiffs and the Class are based on the same legal theories and arise from the same unlawful and/or unfair patterns and practices and violations of law, namely Salesforce's unconscionable contract practices.

126.    There are many questions of law and fact that are common to the claims of the Plaintiffs and the Class, and the common questions predominate over any questions that may affect only individual Class members, making a class action superior to individual actions.

127.    All Class members signed Subscription Agreements that Salesforce alleges are governed by the MSA, which include the same material terms and conditions applicable to Plaintiffs and the Class.

128.    Common questions of fact and law affect the members of the Class, include, but are not limited to, the following:

        a.  Whether Salesforce can bind the Class to the terms of the MSA without requiring them to sign or even view the terms of the MSA;

        b.  Whether Salesforce's obligations under the MSA are illusory;

        c.  Whether the MSA contains unlawful penalties under California Civil Code §1671;

d.  Whether the MSA is unconscionable under California Civil
    Code §1670.5;

e.  Whether the MSA's disclaimer of warranties is valid and
    enforceable under California law;

f.  Whether the MSA's limitation of damages clause excluding
    punitive damages for torts is valid and enforceable under
    California law;

g.  Whether the MSA's limitation of liability clause limiting
    Salesforce's liability to twelve months preceding the first
    incident out of which the liability arose is valid and enforceable
    under California law;

h.  Whether Salesforce's past and on-going advertising violated
    California Business & Professions Code §§17500 et seq.;

i.  Whether Salesforce's misrepresentations and false advertising
    were material and likely to deceive the general public; and

j.  Whether Salesforce breached the implied covenant of good faith
    and fair dealing including without limitation by obscuring the
    terms of the MSA, not disclosing the True Costs, not disclosing
    that the customer has no recourse if the Services do not work;
    refusing to entertain or allow early termination for any reason
    regardless of the circumstances.

129.    Absent a class action, most of the members of the Class would find the
cost of haling to California to litigate their claims against Salesforce to be
prohibitive, leaving them without an effective remedy.

130.    The class treatment of common questions of law and fact is also
warranted under Rule 23(b)(1) because "separate adjudications will create a risk of
decisions that are inconsistent with or dispositive of other class members' claims,"

and 23(b)(2) declaratory or injunctive relief is appropriate based on the defendant's acts with respect to the class generally, where Plaintiffs and the Class predominately seek legal rulings as to the enforceability of the terms of the MSA.

131.    Plaintiffs will fairly and adequately represent and protect the interests of the Class.  Plaintiffs have retained counsel with top-tier educational and law firm backgrounds who have experience prosecuting complex litigation, including class actions, and who have demonstrated a unique commitment to protecting the interests of Plaintiffs, the Class, and the general public by bringing novel claims for injunctive and declaratory relief that no one has yet dared to bring despite the widespread impact of Salesforce's anticompetative practices.

## VII.   CAUSES OF ACTION

### A.    Count 1: Violation of Business & Professions Code § 17200— CC 1671

132.    Plaintiffs, on behalf of themselves and similarly situated persons, incorporate by reference the allegations contained in the preceding paragraphs as though set out at length herein.

133.    The policy embedded in CC 1671, including the policy of shifting the burden of proof to the proponent of the liquidated damages clause is fundamental California policy.

134.    The MSA agreement contains a provision requiring the full amount of the contract to becomes due immediately once a payment is missed, plus exorbitant and arbitrary interest, regardless of the circumstances or cost to Salesforce.

135.    This provision was unreasonable when the contract was made, including because it bears no reasonable relationship to the actual damages suffered by Salesforce, the MSA is a form contract of adhesion offered to customers including Plaintiffs on a take-it-or-leave it basis, Salesforce is a mega-cap corporation with superior bargaining power over its small business customers

including Plaintiffs, there was no effort by the parties to estimate actual damages to Saleforce from early termination by customers, and Plaintiffs did not have and were not advised that they should have attorney representation before signing the Subscription agreement.

136.   The primary purpose of the Termination Penalty is to compel prompt payment through the threat of imposition of charges bearing little or no relationship to the amount of the actual loss incurred by the lender, making the Penalty void as and unlawful as a matter of law.

137.   Plaintiffs each suffered an injury in fact as did Class members by definition.  Plaintiffs and the Class are entitled to the return of the excess of what they paid Salesforce over the value of what they received, which for Plaintiffs, was zero.

B.   **Count 2: Violation of Business & Professions Code § 17200— CC 1670.5**

138.   Plaintiffs, on behalf of themselves and similarly situated persons, incorporate by reference the allegations contained in the preceding paragraphs as though set out at length herein.

139.   The MSA is both procedurally and substantively unconscionable. Salesforce had superior bargaining power as the 30th largest company in the world with a market cap of $3.16 billion. Salesforce drafted the MSA, which is an adhesion contract with non-negotiable terms preprinted in small font across at least twelve (12) pages.

140.   To the extent the MSA was presented to Plaintiffs and the Class at all, it was presented on a take-it-or-leave-it basis. The Salesforce Subscription Agreements do not require customers to view or sign the MSA, which itself does not disclose that the Expected Benefits of the Subscription services are contingent upon material Implementation Costs often multiple times the full value of the MSA,

nor that the Subscription services will hold zero value for the customer without this additional upfront outlay of capital multiple times the cost of the MSA.

141.   In addition, the MSA contains numerous provisions that are not enforceable under established California law, including the limitation of liability provision, the warranty disclaimer provision, the Termination provision, and the illusory promises that provide no enforceable performance standards.

142.   Plaintiffs were each of them shocked to discover the materiality of the Implementation Costs after signing the Order Form, by which time they had no meaningful choice under the MSA's oppressive take-it-or-leave-it terms but to pay the full price of the contract while receiving no services.

143.   Plaintiffs were also each shocked to discover the draconian Termination Penalty whereby Salesforce refuses to let customers cancel their contracts early without payment of the entire contract amount, irrespective of the reason provided for cancellation.

144.   Salesforce has received or is currently receiving the full benefit of the contract while Plaintiffs and the putative Class received, or are receiving, absolutely no value form the costly Subscription agreements.

145.   Defendants have been unjustly enriched by their refusal to cancel contracts worthless to Plaintiffs and the putative Class.

146.   As a direct and proximate result of Defendant's actions, Plaintiffs and the putative Class have suffered injuries in an amount equal to the full amount they were forced to pay to Salesforce for services they could not use.

147.   In addition or in the alternative, Plaintiffs and the Class allege that the Salesforce's business practices were unfair for all of the reasons described herein.

148.   Plaintiffs and the Class require injunctive relief because there is no adequate remedy at law.  Salesforce's business practices are continuing to cause harm to unsuspecting customers who are entering contracts with unconscionable

31

terms that cause harm that cannot adequately be compensated with money; including reputational harm, harm to their credit rating, and harm to the general public who may fall victim to Salesforce's false and misleading advertising and marketing tactics.

### C.    Count 3: Violation of Business & Professions Code § 17500 et seq.

149.    Plaintiffs, on behalf of themselves and the general public, incorporate by reference the allegations contained in the preceding paragraphs as though set out at length herein.

150.    Since before 2019, and continuing today, Salesforce has engaged in a long-term practice of consistently advertising, including but not limited to on its website(s) that its CRM systems "reduce costs," are "quick and easy [to implement]" are "very cost-effective in terms of capital outlay," "keep[] IT costs low;" are "extremely flexible" and also warrants that "you're not paying for any features that are not useful to you." Each of these statements constitute material misrepresentations of fact about the benefits of the MSA.

151.    Any reasonable consumer would consider these facts to be material in deciding whether or not to enter into the MSA, and Plaintiffs, and Class members, did in fact rely on these material misrepresentations of fact concerning the cost effectiveness and flexibility of its software services, including the statements made on Salesforce's website.  These representations were a substantial factor in Plaintiffs' decision to sign the MSA.

152.    Each of the Plaintiffs was exposed to and viewed Salesforce's long-term advertising on their website and elsewhere before agreeing to sign up for Salesforce's Subscription services.

153.    Soon after the signing the MSA, each of the Plaintiffs learned that these were false representations, because the True Costs meant that the Subscription

services would *not* "reduce costs," that the services would *not* be "quick and easy," they would *not* be "cost-effective in terms of capital outlay," that they would *not* "keep [their] IT costs low," that the services were *not* "extremely flexible," and that they *would* be "paying for [] features that were not useful to [them]."

154.   Salesforce's  material misrepresentation that that its CRM services would "reduce costs," are "quick and easy" are "very cost-effective in terms of capital outlay," "keep[] IT costs low;" are "extremely flexible" and also that "you're not paying for any features that are not useful to you" were material facts , which any reasonable consumer would consider important in deciding whether to sign up for Salesforce's Subscription services, and which Plainitiffs did consider important to their decision to contract with Salesforce for their Subscription services.

155.   Plaintiffs and the putative Class were harmed and lost money or property because of Salesforce's false representations of fact, specifically the Subscription fees they paid for services that were misrepresented and that they were never able to use.

156.   Defendant's false advertising is on-going and continuous, including without limitation as reflected on its website(s).

157.   Plaintiffs are entitled to restitution for the amounts they paid for Subscription agreements they would not have entered into but for the Defendant's false and misleading representations.

D.   **Count 4: Breach of Covenant of Good Faith and Fair Dealing**

158.   Plaintiffs, on behalf of themselves and similarly situated persons, incorporate by reference the allegations contained in the preceding paragraphs as though set out at length herein.

159.   Plaintiffs and the Class entered into a contract with Salesforce, *i.e.*, the MSA.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

160.   Plaintiffs and the Class did everything the MSA demanded; *i.e.*, payment of the fees under the MSA.

161.   Salesforce acted in bad faith by omitting the True Costs from the MSA to sell services to Plaintiffs and the putative Class that they would not have agreed to if they had known the True Costs; and by refusing to offer Plaintiffs and the putative Class a rational choice for early termination even though Plaintiffs and the putative Class were misled and did not receive the benefit of their bargain.

162.   When Plaintiffs and the Class attempted to cancel their agreements with Defendant, Defendant continued to act in bad faith and unfairly, including without limitation through its enforcement of the Termination Penalty, relieving itself any obligation to mitigate its own harm from the attempted cancellation, and using and/or threatening to use collection agencies to compel the performance of Plaintiffs and the putative Class.

163.   Plaintiffs and the putative Class were harmed by Defendant's foregoing acts of bad faith and unfair dealing, specifically as to the value of the Subscription fees they incurred but would not have occurred absent Salesforce's bad faith.

E.   **Count 6: Rescission (Cal. Civ. Code § 1689)**

164.   Plaintiffs, on behalf of themselves and others similarly situated incorporate by reference the allegations contained in the preceding paragraphs as though set out at length herein.

165.   In addition, or in the alternative, Class members who are currently subject to ongoing term agreements with Salesforce, including Plaintiffs Singleton, Net Retailers, and Medallion Financial, are entitled to rescind their contracts under Cal Civil Code § 1689, because in each instance their consent was given by mistake, fraud, or duress for the reasons explained herein.

166.   In addition, or in the alternative, Plaintiffs Singleton, Net Retailers, and Medallion Financial Class members are entitled to rescind their executory, divisible contracts because Salesforce's consideration has failed in whole or part, through the fault of Salesforce.

167.   In addition, or in the alternative, Plaintiffs Singleton, Net Retailers, and Medallion Financial, and similarly-situated Class members have a right to rescind their Subscription agreements because they were unlawful for causes which do not appear in its terms or conditions, and the parties are not equally at fault.

168.   In addition, or in the alternative, Plaintiffs Singleton, Net Retailers, and Medallion Financial and similarly-situated Class members have a right to rescind their executory, divisible contracts because the public interest will be prejudiced by permitting their contracts to stand.

**WHEREFORE**, Plaintiff prays for judgment against Defendants in the cumulative or in the alternative as follows:

1.  A Declaration including pursuant to Cal. Code of Civ. Proc. §1060, that the Salesforce MSA is procedurally and substantively unconscionable and unenforceable under Cal. Civ. Code §1670.5 due to oppression and unfair surprise, where:

      a.      its terms forbidding cancellation for any reason are shocking, one-sided, undisclosed, and fundamentally unfair;

      b.      its disclaimer of warranties was not disclosed and/or not conspicuous, the bargaining power of the parties was imbalanced, and results in a fundamental unfairness;

      c.      its limitation of liability is not enforceable under California law;

      d.      it imposes no material obligations on Salesforce, the drafting party

2.  A Declaration including pursuant to Cal. Code of Civ. Proc. §1060, that the Salesforce MSA is unconscionable and unenforceable under California Civil Code §1670.5 because the MSA does not disclose the requisite, material

Implementation Costs, without which customers receive none of the Expected Benefits;

3.  A Declaration including pursuant to Cal. Code of Civ. Proc. §1060, that the Salesforce MSA's disclaimer of warranties in unconscionable and unenforceable;

4.  A Declaration, including pursuant to Cal. Code of Civ. Proc. §1060, that the MSA's Termination Penalty is unreasonable under the circumstances existing at the time the contract is made and constitutes an unlawful penalty under California Civil Code §1671 because it affords a windfall to Salesforce untethered to its actual damages;

5.  Award injunctive relief as necessary to protect the interests of the public, as authorized under Cal. Bus. & Prof. Code § 17203, because there is no adequate remedy at law, where such relief shall include:

      a.  Prospective injunctive relief for the purpose of restraining future violations of law for the benefit of Plaintiff, similarly situated persons, and for the benefit of the general public, enjoining Salesforce from enforcing the unlawful terms of the MSA against Plaintiffs, the Putative Class, or prospective customers.

      b.  Enjoining Salesforce from making the false and misleading representations concerning its software services complained about herein;

      c.  Requiring Salesforce to modify the terms of the MSA to truthfully and conspicuously disclose the existence of the Implementation Costs, along with a reasonable range or approximation of the expected Implementation Costs;

d.  Enjoining Salesforce from prohibiting people from canceling their contracts unless Salesforce provides a reasonable early termination fee;

e.  Enjoining Salesforce from using improper means and threats to coerce performance under their Subscription agreements, including threatening unlawful penalties and suspending a company's services under a paid-up contract for their delinquent payments under a separate contract as occurred with Medallion Financial.

f.  Enjoining Salesforce from imposing the unlawful Termination Penalties against Plaintiffs and the Class.

g.  Enjoining Salesforce from sending overdue accounts to collections agencies where the customer is not using the services and seeking cancellation.

6.  Restitutionary disgorgement under Business & Professions Code §17200 et seq. of any and all amounts Plaintiff and Class members paid to Salesforce exceeding the value they received, in an amount in a damages phase in a bifurcated trial if liability is found on some or all of the legal claims.

7.  Attorneys' fees under California Code of Civil Procedure §1021.5.

8.  For such other and further relief as the court deems proper.


Dated:  December 02, 2024                                    STUART ALBAN LAW, PC

                                                            By: _____
                                                            Courtney L. Stuart-Alban, Esq.
                                                            Juan Pablo Alban, Esq
                                                            Attorneys for Plaintiffs and all others
                                                            similarly situated

1

2

3

4    Dated: December 02, 2024                    SINGIAN LAW

5

6    By: _____

7    Lizelle Brandt

8    Attorneys for Plaintiff and
     all others similarly situated

9

10

11

12    **VIII.  <u>JURY DEMAND</u>**

13

14         Plaintiff, individually, and on behalf of the Class hereby demands trial by

15    jury on all issues triable.

16

17

18    Date:  December 02, 2024                   STUART ALBAN LAW, PC

19

20    By: _____

21    Courtney L. Stuart-Alban, Esq.
      Juan Pablo Alban, Esq

22    Attorneys for Plaintiffs and all others
      similarly situated

23

24

25                                               SINGIAN LAW

26

27    Date: December 15, 2023

      By: _____

28    Lizelle Brandt

FIRST AMENDED COMPLAINT

1

2              Attorneys for Plaintiff
               and all others similarly
3              situated

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FIRST AMENDED COMPLAINT

EXHIBIT A

DocuSign Envelope ID: 70ACFAE4-E242-4BFF-BF55-EADE264A52BD



salesforce.com, inc.
Salesforce Tower
415 Mission Street, 3rd Floor
San Francisco, CA 94105
United States

ORDER FORM for Doctors Studio
Offer Valid Through: 12/31/2019
Proposed by:Anna Jones
Quote Number: Q-03178884

## ORDER FORM

## Address Information

Bill To:
2595 NW Boca Raton Blvd. Suite 200A
Boca Raton
FL, 33431
US - United States

Ship To:
2595 NW Boca Raton Blvd. Suite 200A
Boca Raton
FL, 33431
US - United States

Billing Company Name: Doctors Studio
Billing Contact Name: Heidi Schulte
Billing Email Address: heidi@doctorsstudio.com

Billing Phone: (561) 444-7751
Billing Fax:
Billing Language: English

## Terms and Conditions

Contract Start Date*: 12/16/2019
Contract End Date*: 12/15/2020
Billing Frequency: Quarterly

Payment Method: Check
Payment Terms: Net 30
Billing Method: Email

## Services

| Services | Order Start Date* | Order End Date* | Order Term (months)* | Quantity |
|---|---|---|---|---|
| ExactTarget - Pro Edition | 12/16/2019 | 12/15/2020 | 12 | 1 |
| Journey Builder (Professional) | 12/16/2019 | 12/15/2020 | 12 | 1 |
| Prmr Success Plan - ExactTarget | 12/16/2019 | 12/15/2020 | 12 | 1 |
| Journey Builder Contacts (1,000) | 12/16/2019 | 12/15/2020 | 12 | 15 |
| | | | | Total: USD 10,080.00 |

DocuSign Envelope ID: 70ACFAE4-E242-4BFF-BF55-EADE264A52BD

*If this Order Form is executed and/or returned to salesforce.com by Customer after the Order Start Date above, salesforce.com may adjust the Order Start Date and Order End Date, without increasing the Total Price, based on the date salesforce.com activates the products and provided that the total term length does not change. Following activation, any adjustments to such Order Start Date and Order End Date may be confirmed by logging into Checkout, by reference to the order confirmation email sent by salesforce.com to the Billing Email Address above, and/or by contacting Customer Service.

**The Monthly/Unit Price shown above has been rounded to two decimal places for display purposes. As many as eight decimal places may be present in the actual price. The totals for this order were calculated using the actual price, rather than the Monthly/Unit Price displayed above, and are the true and binding totals for this order

Prices shown above do not include any taxes that may apply. Any such taxes are the responsibility of Customer. This is not an invoice.

For customers based in the United States, any applicable taxes will be determined based on the laws and regulations of the taxing authority(ies) governing the "Ship To" location provided by Customer on this Order Form.

## Usage Details

| Usage Type | Start Date | End Date | Quantity | Overage Rate |
|---|---|---|---|---|
| Super Messages | 12/16/2019 | 12/15/2020 | 2,500,000 | USD 0.00500000 |
| Pro Edition Contacts | 12/16/2019 | 12/15/2020 | 15,000 | USD 0.00750000 |

## Quote Special Terms

During the Contract Term and for two years thereafter, Customer shall not disclose the pricing or terms hereunder to any third party without salesforce.com's prior written consent. Customer shall safeguard all such information with the same or greater degree of care as it uses to safeguard its own confidential or proprietary information (but no less than reasonable care). Customer shall, upon becoming aware of any unauthorized disclosure of such information, promptly notify salesforce.com of, and provide reasonable assistance to salesforce.com in remedying, such disclosure.

## Product Special Terms

DocuSign Envelope ID: 70ACFAE4-E242-4BFF-BF55-EADE264A52BD

NOTICE - Utilization

Utilization units must be used before the End Date set forth in the Usage Details table herein – no rollover will be permitted. Usage fees do not include taxes or overage fees. Customer will be invoiced for any applicable taxes or overage fees as set forth in the Agreement and this Order Form. Usage will be calculated based on Central Standard Time. Additional units may be purchased at any time during the term of this Order Form; however, if Customer fails to order additional units prior to exhausting its then-current unit volume, the applicable overage rates for such units as set forth in this Order Form will apply. Overage fees will be billed monthly, in arrears.

NOTICE - Marketing Cloud Einstein

Customer acknowledges that SFDC may access Customer Data submitted to services and features branded as Einstein for the purpose of training and improving similar or related services and features, and Customer instructs SFDC to process its Customer Data for such purpose. SFDC retains all right, title, and interest in and to all system performance data, machine learning algorithms, and aggregated results of such machine learning. SFDC will not share Customer's Customer Data with any other customers.

ExactTarget - Pro Edition

Includes the following ExactTarget Services: 2,500,000 Super Messages per annum, 15,000 Contacts, and up to 15 users. In addition, the following Predictive Intelligence Services are included in this Edition: Intelligent Email (Predictive Email Content), and Web & Mobile Analytics. Additional information on features included in Pro Edition can be found at: http://sfdc.co/ETMCpricing. The following "NOTICES" terms apply: Email Messaging, Marketing Cloud Einstein, Predictive Intelligence, Contacts, and Utilization. The purchase of Professional Services is recommended for optimal implementation of Predictive Email Content. Implementation of Predictive Email Content is not required for use of other features within the Pro Edition.

Journey Builder

The purchase of Professional Services is recommended for optimal implementation of Journey Builder.

NOTICE – Email Messaging

The Marketing Cloud Trust and Compliance Documentation at https://help.Salesforce.com/articleView?id=Marketing-Cloud-Trust-and-Compliance-Documentation&language=en_US&type=1 as applicable to ExactTarget applies with respect to use of these Services.

NOTICE - Predictive Intelligence

Predictive Intelligence is provided using technology infrastructure different from that used by the ExactTarget Services comprising the Marketing Cloud Bundle. As a result, any representations, warranties and covenants regarding the service levels, support, privacy, security, or disaster recovery measures of other ExactTarget Services in the bundle are hereby disclaimed with respect to Predictive Intelligence and otherwise replaced by the information described in the applicable Trust and Compliance Documentation.

NOTICE - Contacts

Contacts must be used before the End Date set forth in the Usage Details table herein – no rollover will be permitted. Usage fees do not include taxes or overage fees. Customer will be invoiced for any applicable taxes or overage fees as set forth in the Agreement and this Order Form. Usage will be calculated based on Central Standard Time. Additional units may be purchased at any time during the term of this Order Form; however, if Customer fails to order additional units prior to exhausting its then-current unit volume, the applicable overage rates for such units as set forth in this Order Form will apply. Overage fees will be billed monthly, in arrears, for each month that Customer exceeds its then-current volume.

DocuSign Envelope ID: 70ACFAE4-E242-4BFF-BF55-EADE264A52BD

# Purchase Order Information

Is a Purchase Order (PO) required for the purchase or payment of the products on this Order Form? (Customer to complete)

[   X   ] No

[      ] Yes - Please complete below

PO Number: _____

PO Amount: _____

Upon signature by Customer and submission to salesforce.com, this Order Form shall become legally binding unless this Order Form is rejected by salesforce.com for any of the following reasons: (1) the signatory below does not have the authority to bind Customer to this Order Form, (2) changes have been made to this Order Form (other than completion of the purchase order information and the signature block), or (3) the requested purchase order information or signature is incomplete or does not match our records or the rest of this Order Form. Subscriptions are non-cancelable before their Order End Date.

This Order Form is governed by the terms of the salesforce.com Master Subscription Agreement found at https://www.salesforce.com/company/msa.jsp, unless (i) Customer has a written master subscription agreement executed by salesforce.com for such Services as referenced in the Documentation, in which case such written salesforce.com master subscription agreement will govern or (ii) otherwise set forth herein.

Customer Doctors Studio

Signature _____

Name    Lisbeth Roy, DO

Business Title    Owner

Authority Level    C Level Executive

Date    December 23, 2019 | 14:09 PST

Confidential and proprietary. © Copyright 2000-2017 salesforce.com, inc. All rights reserved.



## Certificate Of Completion

Envelope Id: 70ACFAE4E2424BFFBF55EADE264A52BD                          Status: Completed
Subject: Signature Requested: Order Form 1 of 2 Q-03178884 from salesforce.com
entityId: aJS0M000001Os8QWAS
requestType: Proposal
Source Envelope:
Document Pages: 4                        Signatures: 1                        Envelope Originator:
Certificate Pages: 3                     Initials: 0                          Salesforce
AutoNav: Enabled                                                              One Market street
EnvelopeId Stamping: Enabled                                                  San Francisco, CA  94105
Time Zone: (UTC-08:00) Pacific Time (US & Canada)                            noreply_sfdc@salesforce.com
                                                                             IP Address: 136.147.46.8

## Record Tracking

Status: Original                         Holder: Salesforce                   Location: DocuSign
         12/23/2019 1:33:31 PM                    noreply_sfdc@salesforce.com

| Signer Events | Signature | Timestamp |
|---|---|---|
| Lisbeth Roy, DO<br>drroy@doctorsstudio.com<br>CEO<br>Doctors Studio<br>Security Level: Email, Account Authentication<br>(None) | <br>1C5ED75848BB47F...<br><br>Signature Adoption: Uploaded Signature Image<br>Using IP Address: 45.74.94.151 | Sent: 12/23/2019 1:33:31 PM<br>Viewed: 12/23/2019 2:09:20 PM<br>Signed: 12/23/2019 2:09:44 PM |

**Electronic Record and Signature Disclosure:**
    Accepted: 12/23/2019 2:05:22 PM
    ID: 90e4645f-1847-4e59-b13a-cb7e0e355309

| In Person Signer Events | Signature | Timestamp |
|---|---|---|

| Editor Delivery Events | Status | Timestamp |
|---|---|---|

| Agent Delivery Events | Status | Timestamp |
|---|---|---|

| Intermediary Delivery Events | Status | Timestamp |
|---|---|---|

| Certified Delivery Events | Status | Timestamp |
|---|---|---|

| Carbon Copy Events | Status | Timestamp |
|---|---|---|
| sandra@doctorsstudio.com<br>sandra@doctorsstudio.com<br>Security Level: Email, Account Authentication<br>(None) | **COPIED** | Sent: 12/23/2019 1:33:32 PM<br>Viewed: 12/23/2019 2:09:36 PM |

**Electronic Record and Signature Disclosure:**
    Not Offered via DocuSign

| Witness Events | Signature | Timestamp |
|---|---|---|

| Notary Events | Signature | Timestamp |
|---|---|---|

| Envelope Summary Events | Status | Timestamps |
|---|---|---|
| Envelope Sent | Hashed/Encrypted | 12/23/2019 1:33:32 PM |
| Certified Delivered | Security Checked | 12/23/2019 2:09:21 PM |
| Signing Complete | Security Checked | 12/23/2019 2:09:44 PM |

| Envelope Summary Events | Status | Timestamps |
| --- | --- | --- |
| Completed | Security Checked | 12/23/2019 2:09:44 PM |

| Payment Events | Status | Timestamps |
| --- | --- | --- |
| **Electronic Record and Signature Disclosure** | | |

Electronic Record and Signature Disclosure created on: 4/26/2017 12:04:58 PM
Parties agreed to: Lisbeth Roy, DO

**Acknowledgement**
I agree not to challenge the validity, enforceability or admissibility of this signature process on the grounds that it is in an electronic form. By electronically signing an agreement with salesforce.com, I represent that I am authorized to bind the company or organization for which I am signing.

EXHIBIT B



**MASTER SUBSCRIPTION AGREEMENT**

THIS MASTER SUBSCRIPTION AGREEMENT GOVERNS CUSTOMER'S ACQUISITION AND USE OF SFDC SERVICES. CAPITALIZED TERMS HAVE THE DEFINITIONS SET FORTH HEREIN.

IF CUSTOMER REGISTERS FOR A FREE TRIAL OF SFDC SERVICES OR FOR FREE SERVICES, THE APPLICABLE PROVISIONS OF THIS AGREEMENT WILL ALSO GOVERN THAT FREE TRIAL OR THOSE FREE SERVICES.

BY ACCEPTING THIS AGREEMENT, BY (1) CLICKING A BOX INDICATING ACCEPTANCE, (2) EXECUTING AN ORDER FORM THAT REFERENCES THIS AGREEMENT, OR (3) USING FREE SERVICES, CUSTOMER AGREES TO THE TERMS OF THIS AGREEMENT.  IF THE INDIVIDUAL ACCEPTING THIS AGREEMENT IS ACCEPTING ON BEHALF OF A COMPANY OR OTHER LEGAL ENTITY, SUCH INDIVIDUAL REPRESENTS THAT THEY HAVE THE AUTHORITY TO BIND SUCH ENTITY AND ITS AFFILIATES TO THESE TERMS AND CONDITIONS, IN WHICH CASE THE TERM "CUSTOMER" SHALL REFER TO SUCH ENTITY AND ITS AFFILIATES.  IF THE INDIVIDUAL ACCEPTING THIS AGREEMENT DOES NOT HAVE SUCH AUTHORITY, OR DOES NOT AGREE WITH THESE TERMS AND CONDITIONS, SUCH INDIVIDUAL MUST NOT ACCEPT THIS AGREEMENT AND MAY NOT USE THE SERVICES.

The Services may not be accessed for purposes of monitoring their availability, performance or functionality, or for any other benchmarking or competitive purposes.

SFDC's direct competitors are prohibited from accessing the Services, except with SFDC's prior written consent.

This Agreement was last updated on September 1, 2019.  It is effective between Customer and SFDC as of the date of Customer's accepting this Agreement.

1.   **DEFINITIONS**

"Affiliate" means any entity that directly or indirectly controls, is controlled by, or is under common control with the subject entity. "Control," for purposes of this definition, means direct or indirect ownership or control of more than 50% of the voting interests of the subject entity.

"Agreement" means this Master Subscription Agreement.

"Beta Services" means SFDC services or functionality that may be made available to Customer to try at its option at no additional charge which is clearly designated as beta, pilot, limited release, developer preview, non-production, evaluation, or by a similar description.

"Content" means information obtained by SFDC from publicly available sources or its third party content providers and made available to Customer through the Services, Beta Services or pursuant to an Order Form, as more fully described in the Documentation.

"Customer" means in the case of an individual accepting this Agreement on his or her own behalf, such individual, or in the case of an individual accepting this Agreement on behalf of a company or other legal entity, the company or other legal entity for which such individual is accepting this Agreement, and Affiliates of that company or entity (for so long as they remain Affiliates) which have entered into Order Forms.

"Customer Data" means electronic data and information submitted by or for Customer to the Services, excluding Content and Non-SFDC Applications.

"Documentation" means the applicable Service's Trust and Compliance documentation at https://trust.salesforce.com/en/trust-and-compliance-documentation/ and its usage guides and policies, as updated from time to time, accessible via help.salesforce.com or login to the applicable Service.

"Free Services" means Services that SFDC makes available to Customer free of charge.  Free Services exclude Services offered as a free trial and Purchased Services.

"Malicious Code" means code, files, scripts, agents or programs intended to do harm, including, for example, viruses, worms, time bombs and Trojan horses.

"Marketplace" means an online directory, catalog or marketplace of applications that interoperate with the Services, including, for example, the AppExchange at http://www.salesforce.com/appexchange, or the Heroku add-ons catalog at https://elements.heroku.com/, and any successor websites.

"Non-SFDC Application" means a Web-based, mobile, offline or other software application functionality that interoperates with

a Service, that is provided by Customer or a third party and/or listed on a Marketplace including as Salesforce Labs or under similar designation. Non-SFDC Applications, other than those obtained or provided by Customer, will be identifiable as such.

"Order Form" means an ordering document or online order specifying the Services to be provided hereunder that is entered into between Customer and SFDC or any of their Affiliates, including any addenda and supplements thereto. By entering into an Order Form hereunder, an Affiliate agrees to be bound by the terms of this Agreement as if it were an original party hereto.

"Purchased Services" means Services that Customer or Customer's Affiliate purchases under an Order Form or online purchasing portal, as distinguished from Free Services or those provided pursuant to a free trial.

"Services" means the products and services that are ordered by Customer under an Order Form or online purchasing portal, or provided to Customer free of charge (as applicable) or under a free trial, and made available online by SFDC, including associated SFDC offline or mobile components, as described in the Documentation. "Services" exclude Content and Non-SFDC Applications.

"SFDC" means the salesforce.com company described in the "SFDC Contracting Entity, Notices, Governing Law, and Venue" section below.

"User" means, in the case of an individual accepting these terms on his or her own behalf, such individual, or, in the case of an individual accepting this Agreement on behalf of a company or other legal entity, an individual who is authorized by Customer to use a Service, for whom Customer has purchased a subscription (or in the case of any Services provided by SFDC without charge, for whom a Service has been provisioned), and to whom Customer (or, when applicable, SFDC at Customer's request) has supplied a user identification and password (for Services utilizing authentication). Users may include, for example, employees, consultants, contractors and agents of Customer, and third parties with which Customer transacts business.

## 2.    SFDC RESPONSIBILITIES

**2.1    Provision of Purchased Services.**  SFDC will (a) make the Services and Content available to Customer pursuant to this Agreement, and the applicable Order Forms and Documentation, (b) provide applicable SFDC standard support for the Purchased Services to Customer at no additional charge, and/or upgraded support if purchased, (c) use commercially reasonable efforts to make the online Purchased Services available 24 hours a day, 7 days a week, except for: (i) planned downtime (of which SFDC shall give advance electronic notice), and (ii) any unavailability caused by circumstances beyond SFDC's reasonable control, including, for example, an act of God, act of government, flood, fire, earthquake, civil unrest, act of terror, strike or other labor problem (other than one involving SFDC employees), Internet service provider failure or delay, Non-SFDC Application, or denial of service attack, and (d) provide the Services in accordance with laws and government regulations applicable to SFDC's provision of its Services to its customers generally (i.e., without regard for Customer's particular use of the Services), and subject to Customer's use of the Services in accordance with this Agreement, the Documentation and the applicable Order Form.

**2.2    Protection of Customer Data.**  SFDC will maintain appropriate administrative, physical, and technical safeguards for protection of the security, confidentiality and integrity of Customer Data, as described in the Documentation. Those safeguards will include, but will not be limited to, measures designed to prevent unauthorized access to or disclosure of Customer Data (other than by Customer or Users). Except with respect to a free trial, the terms of the data processing addendum at https://www.salesforce.com/company/legal/agreements.jsp ("DPA") are hereby incorporated by reference and shall apply to the extent Customer Data includes Personal Data, as defined in the DPA. To the extent Personal Data from the European Economic Area (EEA), the United Kingdom and Switzerland are processed by SFDC, its Processor Binding Corporate Rules, the EU-US and/or Swiss-US Privacy Shield, and/or the Standard Contractual Clauses shall apply, as further set forth in the DPA. For the purposes of the Standard Contractual Clauses, Customer and its applicable Affiliates are each the data exporter, and Customer's acceptance of this Agreement, and an applicable Affiliate's execution of an Order Form, shall be treated as its execution of the Standard Contractual Clauses and Appendices. Upon request by Customer made within 30 days after the effective date of termination or expiration of this Agreement, SFDC will make Customer Data available to Customer for export or download as provided in the Documentation. After such 30-day period, SFDC will have no obligation to maintain or provide any Customer Data, and as provided in the Documentation will thereafter delete or destroy all copies of Customer Data in its systems or otherwise in its possession or control, unless legally prohibited.

**2.3    SFDC Personnel.**  SFDC will be responsible for the performance of its personnel (including its employees and contractors) and their compliance with SFDC's obligations under this Agreement, except as otherwise specified in this Agreement.

**2.4    Beta Services.**  From time to time, SFDC may make Beta Services available to Customer at no charge. Customer may choose to try such Beta Services or not in its sole discretion. Any use of Beta Services is subject to the Beta Services terms at https://www.salesforce.com/company/legal/agreements.jsp.

**2.5    Free Trial.**  If Customer registers on SFDC's or an Affiliate's website for a free trial, SFDC will make the applicable Service(s) available to Customer on a trial basis free of charge until the earlier of (a) the end of the free trial period for which Customer registered to use the applicable Service(s), or (b) the start date of any Purchased Service subscriptions ordered by Customer for such Service(s), or (c) termination by SFDC in its sole discretion. Additional trial terms and conditions may appear on the trial registration web page. Any such additional terms and conditions are incorporated into this Agreement by reference and are legally

binding.

ANY DATA CUSTOMER ENTERS INTO THE SERVICES, AND ANY CUSTOMIZATIONS MADE TO THE SERVICES BY OR FOR CUSTOMER, DURING CUSTOMER'S FREE TRIAL WILL BE PERMANENTLY LOST UNLESS CUSTOMER PURCHASES A SUBSCRIPTION TO THE SAME SERVICES AS THOSE COVERED BY THE TRIAL, PURCHASES APPLICABLE UPGRADED SERVICES, OR EXPORTS SUCH DATA, BEFORE THE END OF THE TRIAL PERIOD. CUSTOMER CANNOT TRANSFER DATA ENTERED OR CUSTOMIZATIONS MADE DURING THE FREE TRIAL TO A SERVICE THAT WOULD BE A DOWNGRADE FROM THAT COVERED BY THE TRIAL (E.G., FROM ENTERPRISE EDITION TO PROFESSIONAL EDITION); THEREFORE, IF CUSTOMER PURCHASES A SERVICE THAT WOULD BE A DOWNGRADE FROM THAT COVERED BY THE TRIAL, CUSTOMER MUST EXPORT CUSTOMER DATA BEFORE THE END OF THE TRIAL PERIOD OR CUSTOMER DATA WILL BE PERMANENTLY LOST.

NOTWITHSTANDING THE "REPRESENTATIONS, WARRANTIES, EXCLUSIVE REMEDIES AND DISCLAIMERS" SECTION AND "INDEMNIFICATION BY SFDC" SECTION BELOW, DURING THE FREE TRIAL THE SERVICES ARE PROVIDED "AS-IS" WITHOUT ANY WARRANTY AND SFDC SHALL HAVE NO INDEMNIFICATION OBLIGATIONS NOR LIABILITY OF ANY TYPE WITH RESPECT TO THE SERVICES FOR THE FREE TRIAL PERIOD UNLESS SUCH EXCLUSION OF LIABILITY IS NOT ENFORCEABLE UNDER APPLICABLE LAW IN WHICH CASE SFDC'S LIABILITY WITH RESPECT TO THE SERVICES PROVIDED DURING THE FREE TRIAL SHALL NOT EXCEED $1,000.00. WITHOUT LIMITING THE FOREGOING, SFDC AND ITS AFFILIATES AND ITS LICENSORS DO NOT REPRESENT OR WARRANT TO CUSTOMER THAT: (A) CUSTOMER'S USE OF THE SERVICES DURING THE FREE TRIAL PERIOD WILL MEET CUSTOMER'S REQUIREMENTS, (B) CUSTOMER'S USE OF THE SERVICES DURING THE FREE TRIAL PERIOD WILL BE UNINTERRUPTED, TIMELY, SECURE OR FREE FROM ERROR, AND (C) USAGE DATA PROVIDED DURING THE FREE TRIAL PERIOD WILL BE ACCURATE. NOTWITHSTANDING ANYTHING TO THE CONTRARY IN THE "LIMITATION OF LIABILITY" SECTION BELOW, CUSTOMER SHALL BE FULLY LIABLE UNDER THIS AGREEMENT TO SFDC AND ITS AFFILIATES FOR ANY DAMAGES ARISING OUT OF CUSTOMER'S USE OF THE SERVICES DURING THE FREE TRIAL PERIOD, ANY BREACH BY CUSTOMER OF THIS AGREEMENT AND ANY OF CUSTOMER'S INDEMNIFICATION OBLIGATIONS HEREUNDER.

CUSTOMER SHALL REVIEW THE APPLICABLE SERVICE'S DOCUMENTATION DURING THE TRIAL PERIOD TO BECOME FAMILIAR WITH THE FEATURES AND FUNCTIONS OF THE SERVICES BEFORE MAKING A PURCHASE.

**2.6    Free Services.** SFDC may make Free Services available to Customer. Use of Free Services is subject to the terms and conditions of this Agreement. In the event of a conflict between this section and any other portion of this Agreement, this section shall control. Free Services are provided to Customer without charge up to certain limits as described in the Documentation. Usage over these limits requires Customer's purchase of additional resources or services. Customer agrees that SFDC, in its sole discretion and for any or no reason, may terminate Customer's access to the Free Services or any part thereof. Customer agrees that any termination of Customer's access to the Free Services may be without prior notice, and Customer agrees that SFDC will not be liable to Customer or any third party for such termination. Customer is solely responsible for exporting Customer Data from the Free Services prior to termination of Customer's access to the Free Services for any reason, provided that if SFDC terminates Customer's account, except as required by law SFDC will provide Customer a reasonable opportunity to retrieve its Customer Data.

NOTWITHSTANDING THE "REPRESENTATIONS, WARRANTIES, EXCLUSIVE REMEDIES AND DISCLAIMERS" SECTION AND "INDEMNIFICATION BY SFDC" SECTION BELOW, THE FREE SERVICES ARE PROVIDED "AS-IS" WITHOUT ANY WARRANTY AND SFDC SHALL HAVE NO INDEMNIFICATION OBLIGATIONS NOR LIABILITY OF ANY TYPE WITH RESPECT TO THE FREE SERVICES UNLESS SUCH EXCLUSION OF LIABILITY IS NOT ENFORCEABLE UNDER APPLICABLE LAW IN WHICH CASE SFDC'S LIABILITY WITH RESPECT TO THE FREE SERVICES SHALL NOT EXCEED $1,000.00. WITHOUT LIMITING THE FOREGOING, SFDC AND ITS AFFILIATES AND ITS LICENSORS DO NOT REPRESENT OR WARRANT TO CUSTOMER THAT: (A) CUSTOMER'S USE OF THE FREE SERVICES WILL MEET CUSTOMER'S REQUIREMENTS, (B) CUSTOMER'S USE OF THE FREE SERVICES WILL BE UNINTERRUPTED, TIMELY, SECURE OR FREE FROM ERROR, AND (C) USAGE DATA PROVIDED THROUGH THE FREE SERVICES WILL BE ACCURATE. NOTWITHSTANDING ANYTHING TO THE CONTRARY IN THE "LIMITATION OF LIABILITY" SECTION BELOW, CUSTOMER SHALL BE FULLY LIABLE UNDER THIS AGREEMENT TO SFDC AND ITS AFFILIATES FOR ANY DAMAGES ARISING OUT OF CUSTOMER'S USE OF THE FREE SERVICES, ANY BREACH BY CUSTOMER OF THIS AGREEMENT AND ANY OF CUSTOMER'S INDEMNIFICATION OBLIGATIONS HEREUNDER.

**3.    USE OF SERVICES AND CONTENT**

**3.1    Subscriptions.** Unless otherwise provided in the applicable Order Form or Documentation, (a) Purchased Services and access to Content are purchased as subscriptions for the term stated in the applicable Order Form or in the applicable online purchasing portal, (b) subscriptions for Purchased Services may be added during a subscription term at the same pricing as the underlying subscription pricing, prorated for the portion of that subscription term remaining at the time the subscriptions are added, and (c) any added subscriptions will terminate on the same date as the underlying subscriptions. Customer agrees that its purchases are

not contingent on the delivery of any future functionality or features, or dependent on any oral or written public comments made by SFDC regarding future functionality or features.

**3.2    Usage Limits.**  Services and Content are subject to usage limits specified in Order Forms and Documentation.  If Customer exceeds a contractual usage limit, SFDC may work with Customer to seek to reduce Customer's usage so that it conforms to that limit.  If, notwithstanding SFDC's efforts, Customer is unable or unwilling to abide by a contractual usage limit, Customer will execute an Order Form for additional quantities of the applicable Services or Content promptly upon SFDC's request, and/or pay any invoice for excess usage in accordance with the "Invoicing and Payment" section below.

**3.3    Customer Responsibilities.**  Customer will (a) be responsible for Users' compliance with this Agreement, Documentation and Order Forms, (b) be responsible for the accuracy, quality and legality of Customer Data, the means by which Customer acquired Customer Data, Customer's use of Customer Data with the Services, and the interoperation of any Non-SFDC Applications with which Customer uses Services or Content, (c) use commercially reasonable efforts to prevent unauthorized access to or use of Services and Content, and notify SFDC promptly of any such unauthorized access or use, (d) use Services and Content only in accordance with this Agreement, Documentation, the Acceptable Use and External Facing Services Policy at https://www.salesforce.com/company/legal/agreements.jsp, Order Forms and applicable laws and government regulations, and (e) comply with terms of service of any Non-SFDC Applications with which Customer uses Services or Content.  Any use of the Services in breach of the foregoing by Customer or Users that in SFDC's judgment threatens the security, integrity or availability of SFDC's services, may result in SFDC's immediate suspension of the Services, however SFDC will use commercially reasonable efforts under the circumstances to provide Customer with notice and an opportunity to remedy such violation or threat prior to any such suspension.

**3.4    Usage Restrictions.**  Customer will not (a) make any Service or Content available to anyone other than Customer or Users, or use any Service or Content for the benefit of anyone other than Customer or its Affiliates, unless expressly stated otherwise in an Order Form or the Documentation, (b) sell, resell, license, sublicense, distribute, make available, rent or lease any Service or Content, or include any Service or Content in a service bureau or outsourcing offering, (c) use a Service or Non-SFDC Application to store or transmit infringing, libelous, or otherwise unlawful or tortious material, or to store or transmit material in violation of third-party privacy rights, (d) use a Service or Non-SFDC Application to store or transmit Malicious Code, (e) interfere with or disrupt the integrity or performance of any Service or third-party data contained therein, (f) attempt to gain unauthorized access to any Service or Content or its related systems or networks, (g) permit direct or indirect access to or use of any Services or Content in a way that circumvents a contractual usage limit, or use any Services to access or use any of SFDC intellectual property except as permitted under this Agreement, an Order Form, or the Documentation, (h) modify, copy, or create derivative works based on a Service or any part, feature, function or user interface thereof, (i) copy Content except as permitted herein or in an Order Form or the Documentation, (j) frame or mirror any part of any Service or Content, other than framing on Customer's own intranets or otherwise for its own internal business purposes or as permitted in the Documentation, (k) except to the extent permitted by applicable law, disassemble, reverse engineer, or decompile a Service or Content or access it to (1) build a competitive product or service, (2) build a product or service using similar ideas, features, functions or graphics of the Service, (3) copy any ideas, features, functions or graphics of the Service, or (4) determine whether the Services are within the scope of any patent.

**3.5    Removal of Content and Non-SFDC Applications.**  If Customer receives notice that Content or a Non-SFDC Application must be removed, modified and/or disabled to avoid violating applicable law, third-party rights, or the Acceptable Use and External Facing Services Policy, Customer will promptly do so.  If Customer does not take required action in accordance with the above, or if in SFDC's judgment continued violation is likely to reoccur, SFDC may disable the applicable Content, Service and/or Non-SFDC Application.  If requested by SFDC, Customer shall confirm such deletion and discontinuance of use in writing and SFDC shall be authorized to provide a copy of such confirmation to any such third party claimant or governmental authority, as applicable.  In addition, if SFDC is required by any third party rights holder to remove Content, or receives information that Content provided to Customer may violate applicable law or third-party rights, SFDC may discontinue Customer's access to Content through the Services.

## 4.    NON-SFDC PRODUCTS AND SERVICES

**4.1    Non-SFDC Products and Services.**  SFDC or third parties may make available (for example, through a Marketplace or otherwise) third-party products or services, including, for example, Non-SFDC Applications and implementation and other consulting services.  Any acquisition by Customer of such products or services, and any exchange of data between Customer and any Non-SFDC provider, product or service is solely between Customer and the applicable Non-SFDC provider.  SFDC does not warrant or support Non-SFDC Applications or other Non-SFDC products or services, whether or not they are designated by SFDC as "certified" or otherwise, unless expressly provided otherwise in an Order Form.  SFDC is not responsible for any disclosure, modification or deletion of Customer Data resulting from access by such Non-SFDC Application or its provider.

**4.2    Integration with Non-SFDC Applications.**  The Services may contain features designed to interoperate with Non-SFDC Applications.  SFDC cannot guarantee the continued availability of such Service features, and may cease providing them without entitling Customer to any refund, credit, or other compensation, if for example and without limitation, the provider of a Non-SFDC Application ceases to make the Non-SFDC Application available for interoperation with the corresponding Service features

in a manner acceptable to SFDC.

**5.    FEES AND PAYMENT**

**5.1    Fees.**  Customer will pay all fees specified in Order Forms.  Except as otherwise specified herein or in an Order Form, (i) fees are based on Services and Content subscriptions purchased and not actual usage, (ii) payment obligations are non- cancelable and fees paid are non-refundable, and (iii) quantities purchased cannot be decreased during the relevant subscription term.

**5.2    Invoicing and Payment.**  Customer will provide SFDC with valid and updated credit card information, or with a valid purchase order or alternative document reasonably acceptable to SFDC.  If Customer provides credit card information to SFDC, Customer authorizes SFDC to charge such credit card for all Purchased Services listed in the Order Form for the initial subscription term and any renewal subscription term(s) as set forth in the "Term of Purchased Subscriptions" section below.  Such charges shall be made in advance, either annually or in accordance with any different billing frequency stated in the applicable Order Form.  If the Order Form specifies that payment will be by a method other than a credit card, SFDC will invoice Customer in advance and otherwise in accordance with the relevant Order Form.  Unless otherwise stated in the Order Form, invoiced fees are due net 30 days from the invoice date.  Customer is responsible for providing complete and accurate billing and contact information to SFDC and notifying SFDC of any changes to such information.

**5.3    Overdue Charges.**  If any invoiced amount is not received by SFDC by the due date, then without limiting SFDC's rights or remedies, (a) those charges may accrue late interest at the rate of 1.5% of the outstanding balance per month, or the maximum rate permitted by law, whichever is lower, and/or (b) SFDC may condition future subscription renewals and Order Forms on payment terms shorter than those specified in the "Invoicing and Payment" section above.

**5.4    Suspension of Service and Acceleration.**  If any charge owing by Customer under this or any other agreement for services is 30 days or more overdue, (or 10 or more days overdue in the case of amounts Customer has authorized SFDC to charge to Customer's credit card), SFDC may, without limiting its other rights and remedies, accelerate Customer's unpaid fee obligations under such agreements so that all such obligations become immediately due and payable, and suspend Services until such amounts are paid in full, provided that, other than for customers paying by credit card or direct debit whose payment has been declined, SFDC will give Customer at least 10 days' prior notice that its account is overdue, in accordance with the "Manner of Giving Notice" section below for billing notices, before suspending services to Customer.

**5.5    Payment Disputes.**  SFDC will not exercise its rights under the "Overdue Charges" or "Suspension of Service and Acceleration" section above if Customer is disputing the applicable charges reasonably and in good faith and is cooperating diligently to resolve the dispute.

**5.6    Taxes.**  SFDC's fees do not include any taxes, levies, duties or similar governmental assessments of any nature, including, for example, value-added, sales, use or withholding taxes, assessable by any jurisdiction whatsoever (collectively, "Taxes").  Customer is responsible for paying all Taxes associated with its purchases hereunder.  If SFDC has the legal obligation to pay or collect Taxes for which Customer is responsible under this section, SFDC will invoice Customer and Customer will pay that amount unless Customer provides SFDC with a valid tax exemption certificate authorized by the appropriate taxing authority.  For clarity, SFDC is solely responsible for taxes assessable against it based on its income, property and employees.

**6.    PROPRIETARY RIGHTS AND LICENSES**

**6.1    Reservation of Rights.**  Subject to the limited rights expressly granted hereunder, SFDC, its Affiliates, its licensors and Content Providers reserve all of their right, title and interest in and to the Services and Content, including all of their related intellectual property rights.  No rights are granted to Customer hereunder other than as expressly set forth herein.

**6.2    Access to and Use of Content.**  Customer has the right to access and use applicable Content subject to the terms of applicable Order Forms, this Agreement and the Documentation.

**6.3    License by Customer to SFDC.**  Customer grants SFDC, its Affiliates and applicable contractors a worldwide, limited-term license to host, copy, use, transmit, and display any Non-SFDC Applications and program code created by or for Customer using a Service or for use by Customer with the Services, and Customer Data, each as appropriate for SFDC to provide and ensure proper operation of the Services and associated systems in accordance with this Agreement.  If Customer chooses to use a Non-SFDC Application with a Service, Customer grants SFDC permission to allow the Non-SFDC Application and its provider to access Customer Data and information about Customer's usage of the Non-SFDC Application as appropriate for the interoperation of that Non-SFDC Application with the Service.  Subject to the limited licenses granted herein, SFDC acquires no right, title or interest from Customer or its licensors under this Agreement in or to any Customer Data, Non-SFDC Application or such program code.

**6.4    License by Customer to Use Feedback.**  Customer grants to SFDC and its Affiliates a worldwide, perpetual, irrevocable, royalty-free license to use and incorporate into its services any suggestion, enhancement request, recommendation, correction or other feedback provided by Customer or Users relating to the operation of SFDC's or its Affiliates' services.

**6.5    Federal Government End Use Provisions.**  SFDC provides the Services, including related software and technology, for ultimate federal government end use in accordance with the following: The Services consist of "commercial items," as defined at FAR

2.101. In accordance with FAR 12.211-12.212 and DFARS 227.7102-4 and 227.7202-4, as applicable, the rights of the U.S. Government to use, modify, reproduce, release, perform, display, or disclose commercial computer software, commercial computer software documentation, and technical data furnished in connection with the Services shall be as provided in this Agreement, except that, for U.S. Department of Defense end users, technical data customarily provided to the public is furnished in accordance with DFARS 252.227-7015. If a government agency needs additional rights, it must negotiate a mutually acceptable written addendum to this Agreement specifically granting those rights.

**7.    CONFIDENTIALITY**

**7.1    Definition of Confidential Information.** "Confidential Information" means all information disclosed by a party ("Disclosing Party") to the other party ("Receiving Party"), whether orally or in writing, that is designated as confidential or that reasonably should be understood to be confidential given the nature of the information and the circumstances of disclosure. Confidential Information of Customer includes Customer Data; Confidential Information of SFDC includes the Services and Content, and the terms and conditions of this Agreement and all Order Forms (including pricing). Confidential Information of each party includes business and marketing plans, technology and technical information, product plans and designs, and business processes disclosed by such party. However, Confidential Information does not include any information that (i) is or becomes generally known to the public without breach of any obligation owed to the Disclosing Party, (ii) was known to the Receiving Party prior to its disclosure by the Disclosing Party without breach of any obligation owed to the Disclosing Party, (iii) is received from a third party without breach of any obligation owed to the Disclosing Party, or (iv) was independently developed by the Receiving Party. For the avoidance of doubt, the non-disclosure obligations set forth in this "Confidentiality" section apply to Confidential Information exchanged between the parties in connection with the evaluation of additional SFDC services.

**7.2    Protection of Confidential Information.** As between the parties, each party retains all ownership rights in and to its Confidential Information. The Receiving Party will use the same degree of care that it uses to protect the confidentiality of its own confidential information of like kind (but not less than reasonable care) to (i) not use any Confidential Information of the Disclosing Party for any purpose outside the scope of this Agreement and (ii) except as otherwise authorized by the Disclosing Party in writing, limit access to Confidential Information of the Disclosing Party to those of its and its Affiliates' employees and contractors who need that access for purposes consistent with this Agreement and who have signed confidentiality agreements with the Receiving Party containing protections not materially less protective of the Confidential Information than those herein. Neither party will disclose the terms of this Agreement or any Order Form to any third party other than its Affiliates, legal counsel and accountants without the other party's prior written consent, provided that a party that makes any such disclosure to its Affiliate, legal counsel or accountants will remain responsible for such Affiliate's, legal counsel's or accountant's compliance with this "Confidentiality" section. Notwithstanding the foregoing, SFDC may disclose the terms of this Agreement and any applicable Order Form to a subcontractor or Non-SFDC Application Provider to the extent necessary to perform SFDC's obligations under this Agreement, under terms of confidentiality materially as protective as set forth herein.

**7.3    Compelled Disclosure.** The Receiving Party may disclose Confidential Information of the Disclosing Party to the extent compelled by law to do so, provided the Receiving Party gives the Disclosing Party prior notice of the compelled disclosure (to the extent legally permitted) and reasonable assistance, at the Disclosing Party's cost, if the Disclosing Party wishes to contest the disclosure. If the Receiving Party is compelled by law to disclose the Disclosing Party's Confidential Information as part of a civil proceeding to which the Disclosing Party is a party, and the Disclosing Party is not contesting the disclosure, the Disclosing Party will reimburse the Receiving Party for its reasonable cost of compiling and providing secure access to that Confidential Information.

**8.    REPRESENTATIONS, WARRANTIES, EXCLUSIVE REMEDIES AND DISCLAIMERS**

**8.1    Representations.** Each party represents that it has validly entered into this Agreement and has the legal power to do so.

**8.2    SFDC Warranties.** SFDC warrants that during an applicable subscription term (a) this Agreement, the Order Forms and the Documentation will accurately describe the applicable administrative, physical, and technical safeguards for protection of the security, confidentiality and integrity of Customer Data, (b) SFDC will not materially decrease the overall security of the Services, (c) the Services will perform materially in accordance with the applicable Documentation, and (d) subject to the "Integration with Non-SFDC Applications" section above, SFDC will not materially decrease the overall functionality of the Services. For any breach of a warranty above, Customer's exclusive remedies are those described in the "Termination" and "Refund or Payment upon Termination" sections below.

**8.3    Disclaimers.** EXCEPT AS EXPRESSLY PROVIDED HEREIN, NEITHER PARTY MAKES ANY WARRANTY OF ANY KIND, WHETHER EXPRESS, IMPLIED, STATUTORY OR OTHERWISE, AND EACH PARTY SPECIFICALLY DISCLAIMS ALL IMPLIED WARRANTIES, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE OR NON-INFRINGEMENT, TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW. CONTENT AND BETA SERVICES ARE PROVIDED "AS IS," AND AS AVAILABLE EXCLUSIVE OF ANY WARRANTY WHATSOEVER.

**9.    MUTUAL INDEMNIFICATION**

**9.1    Indemnification by SFDC.** SFDC will defend Customer against any claim, demand, suit or proceeding made or brought against

Customer by a third party alleging that any Purchased Service infringes or misappropriates such third party's intellectual property rights (a "Claim Against **Customer**"), and will indemnify Customer from any damages, attorney fees and costs finally awarded against Customer as a result of, or for amounts paid by Customer under a settlement approved by SFDC in writing of, a Claim Against Customer, provided Customer (a) promptly gives SFDC written notice of the Claim Against Customer, (b) gives SFDC sole control of the defense and settlement of the Claim Against Customer (except that SFDC may not settle any Claim Against Customer unless it unconditionally releases Customer of all liability), and (c) gives SFDC all reasonable assistance, at SFDC's expense.  If SFDC receives information about an infringement or misappropriation claim related to a Service, SFDC may in its discretion and at no cost to Customer (i) modify the Services so that they are no longer claimed to infringe or misappropriate, without breaching SFDC's warranties under "SFDC Warranties" above, (ii) obtain a license for Customer's continued use of that Service in accordance with this Agreement, or (iii) terminate Customer's subscriptions for that Service upon 30 days' written notice and refund Customer any prepaid fees covering the remainder of the term of the terminated subscriptions.  The above defense and indemnification obligations do not apply if (1) the allegation does not state with specificity that the Services are the basis of the Claim Against Customer; (2) a Claim Against Customer arises from the use or combination of the Services or any part thereof with software, hardware, data, or processes not provided by SFDC, if the Services or use thereof would not infringe without such combination; (3) a Claim Against Customer arises from Services under an Order Form for which there is no charge; or (4) a Claim against Customer arises from Content, a Non-SFDC Application or Customer's breach of this Agreement, the Documentation or applicable Order Forms.

**9.2    Indemnification by Customer.**  Customer will defend SFDC and its Affiliates against any claim, demand, suit or proceeding made or brought against SFDC by a third party alleging that any Customer Data or Customer's use of Customer Data with the Services, (b) a Non-SFDC Application provided by Customer, or (c) the combination of a Non-SFDC Application provided by Customer and used with the Services, infringes or misappropriates such third party's intellectual property rights, or arising from Customer's use of the Services or Content in an unlawful manner or in violation of the Agreement, the Documentation, or Order Form (each a "Claim Against **SFDC**"), and will indemnify SFDC from any damages, attorney fees and costs finally awarded against SFDC as a result of, or for any amounts paid by SFDC under a settlement approved by Customer in writing of, a Claim Against SFDC, provided SFDC (a) promptly gives Customer written notice of the Claim Against SFDC, (b) gives Customer sole control of the defense and settlement of the Claim Against SFDC (except that Customer may not settle any Claim Against SFDC unless it unconditionally releases SFDC of all liability), and (c) gives Customer all reasonable assistance, at Customer's expense.  The above defense and indemnification obligations do not apply if a Claim Against SFDC arises from SFDC's breach of this Agreement, the Documentation or applicable Order Forms.

**9.3    Exclusive Remedy.**  This "Mutual Indemnification" section states the indemnifying party's sole liability to, and the indemnified party's exclusive remedy against, the other party for any third party claim described in this section.

**10.    LIMITATION OF LIABILITY**

**10.1    Limitation of Liability.**  IN NO EVENT SHALL THE AGGREGATE LIABILITY OF EACH PARTY TOGETHER WITH ALL OF ITS AFFILIATES ARISING OUT OF OR RELATED TO THIS AGREEMENT EXCEED THE TOTAL AMOUNT PAID BY CUSTOMER AND ITS AFFILIATES HEREUNDER FOR THE SERVICES GIVING RISE TO THE LIABILITY IN THE TWELVE MONTHS PRECEDING THE FIRST INCIDENT OUT OF WHICH THE LIABILITY AROSE.  THE FOREGOING LIMITATION WILL APPLY WHETHER AN ACTION IS IN CONTRACT OR TORT AND REGARDLESS OF THE THEORY OF LIABILITY, BUT WILL NOT LIMIT CUSTOMER'S AND ITS AFFILIATES' PAYMENT OBLIGATIONS UNDER THE "FEES AND PAYMENT" SECTION ABOVE.

**10.2    Exclusion of Consequential and Related Damages.**  IN NO EVENT WILL EITHER PARTY OR ITS AFFILIATES HAVE ANY LIABILITY ARISING OUT OF OR RELATED TO THIS AGREEMENT FOR ANY LOST PROFITS, REVENUES, GOODWILL, OR INDIRECT, SPECIAL, INCIDENTAL, CONSEQUENTIAL, COVER, BUSINESS INTERRUPTION OR PUNITIVE DAMAGES, WHETHER AN ACTION IS IN CONTRACT OR TORT AND REGARDLESS OF THE THEORY OF LIABILITY, EVEN IF A PARTY OR ITS AFFILIATES HAVE BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES OR IF A PARTY'S OR ITS AFFILIATES' REMEDY OTHERWISE FAILS OF ITS ESSENTIAL PURPOSE. THE FOREGOING DISCLAIMER WILL NOT APPLY TO THE EXTENT PROHIBITED BY LAW.

**11.    TERM AND TERMINATION**

**11.1    Term of Agreement.**  This Agreement commences on the date Customer first accepts it and continues until all subscriptions hereunder have expired or have been terminated.

**11.2    Term of Purchased Subscriptions.**  The term of each subscription shall be as specified in the applicable Order Form.  Except as otherwise specified in an Order Form, subscriptions will automatically renew for additional periods equal to the expiring subscription term or one year (whichever is shorter), unless either party gives the other written notice (email acceptable) at least 30 days before the end of the relevant subscription term.  Except as expressly provided in the applicable Order Form, renewal of promotional or one-time priced subscriptions will be at SFDC's applicable list price in effect at the time of the applicable renewal. Notwithstanding anything to the contrary, any renewal in which subscription volume or subscription length for any Services has decreased from the prior term will result in re-pricing at renewal without regard to the prior term's per-unit pricing.

**11.3**   **Termination.**   A party may terminate this Agreement for cause (i) upon 30 days written notice to the other party of a material breach if such breach remains uncured at the expiration of such period, or (ii) if the other party becomes the subject of a petition in bankruptcy or any other proceeding relating to insolvency, receivership, liquidation or assignment for the benefit of creditors.

**11.4**   **Refund or Payment upon Termination.**   If this Agreement is terminated by Customer in accordance with the "Termination" section above, SFDC will refund Customer any prepaid fees covering the remainder of the term of all Order Forms after the effective date of termination.   If this Agreement is terminated by SFDC in accordance with the "Termination" section above, Customer will pay any unpaid fees covering the remainder of the term of all Order Forms to the extent permitted by applicable law.   In no event will termination relieve Customer of its obligation to pay any fees payable to SFDC for the period prior to the effective date of termination.

**11.5**   **Surviving Provisions.**   The sections titled "Free Services," "Fees and Payment," "Proprietary Rights and Licenses," "Confidentiality," "Disclaimers," "Mutual Indemnification," "Limitation of Liability," "Refund or Payment upon Termination," "Removal of Content and Non-SFDC Applications," "Surviving Provisions" and "General Provisions" will survive any termination or expiration of this Agreement, and the section titled "Protection of Customer Data" will survive any termination or expiration of this Agreement for so long as SFDC retains possession of Customer Data.

**12.**   **GENERAL PROVISIONS**

**12.1**   **Export Compliance.**   The Services, Content, other SFDC technology, and derivatives thereof may be subject to export laws and regulations of the United States and other jurisdictions.   SFDC and Customer each represents that it is not named on any U.S. government denied-party list.   Customer will not permit any User to access or use any Service or Content in a U.S.-embargoed country or region (currently Cuba, Iran, North Korea, Sudan, Syria or Crimea) or in violation of any U.S.  export law or regulation.

**12.2**   **Anti-Corruption.**   Neither party has received or been offered any illegal or improper bribe, kickback, payment, gift, or thing of value from an employee or agent of the other party in connection with this Agreement.   Reasonable gifts and entertainment provided in the ordinary course of business do not violate the above restriction.

**12.3**   **Entire Agreement and Order of Precedence.**   This Agreement is the entire agreement between SFDC and Customer regarding Customer's use of Services and Content and supersedes all prior and contemporaneous agreements, proposals or representations, written or oral, concerning its subject matter.   The parties agree that any term or condition stated in a Customer purchase order or in any other Customer order documentation (excluding Order Forms) is void.   In the event of any conflict or inconsistency among the following documents, the order of precedence shall be: (1) the applicable Order Form, (2) this Agreement, and (3) the Documentation.   Titles and headings of sections of this Agreement are for convenience only and shall not affect the construction of any provision of this Agreement.

**12.4**   **Relationship of the Parties.**   The parties are independent contractors.   This Agreement does not create a partnership, franchise, joint venture, agency, fiduciary or employment relationship between the parties. Each party will be solely responsible for payment of all compensation owed to its employees, as well as all employment-related taxes.

**12.5**   **Third-Party Beneficiaries.**   There are no third-party beneficiaries under this Agreement.

**12.6**   **Waiver**.   No failure or delay by either party in exercising any right under this Agreement will constitute a waiver of that right.

**12.7**   **Severability.**   If any provision of this Agreement is held by a court of competent jurisdiction to be contrary to law, the provision will be deemed null and void, and the remaining provisions of this Agreement will remain in effect.

**12.8**   **Assignment**.   Neither party may assign any of its rights or obligations hereunder, whether by operation of law or otherwise, without the other party's prior written consent (not to be unreasonably withheld); provided, however, either party may assign this Agreement in its entirety (including all Order Forms), without the other party's consent to its Affiliate or in connection with a merger, acquisition, corporate reorganization, or sale of all or substantially all of its assets.   Notwithstanding the foregoing, if a party is acquired by, sells substantially all of its assets to, or undergoes a change of control in favor of, a direct competitor of the other party, then such other party may terminate this Agreement upon written notice.   In the event of such a termination, SFDC will refund Customer any prepaid fees covering the remainder of the term of all subscriptions for the period after the effective date of such termination.   Subject to the foregoing, this Agreement will bind and inure to the benefit of the parties, their respective successors and permitted assigns.

**12.9**   **SFDC Contracting Entity, Notices, Governing Law, and Venue.**   The SFDC entity entering into this Agreement, the address to which Customer should direct notices under this Agreement, the law that will apply in any dispute or lawsuit arising out of or in connection with this Agreement, and the courts that have jurisdiction over any such dispute or lawsuit, depend on where Customer is domiciled.

| If Customer is domiciled in: | The SFDC entity entering into this Agreement is: | Notices should be addressed to: | Governing law is: | Courts with exclusive jurisdiction are: |
|---|---|---|---|---|
| The United States of America, Mexico or a Country in Central or South America or the Caribbean | salesforce.com, inc., a Delaware corporation | Salesforce Tower, 415 Mission Street, 3rd Floor, San Francisco, California, 94105, U.S.A., attn: VP, Worldwide Sales Operations, with a copy to attn: General Counsel. | California and controlling United States federal law | San Francisco, California, U.S.A. |
| Canada | salesforce.com Canada Corporation, a Nova Scotia corporation | Salesforce Tower, 415 Mission Street, 3rd Floor, San Francisco, California, 94105, U.S.A., attn: VP, Worldwide Sales Operations, with a copy to attn: General Counsel. | Ontario and controlling Canadian federal law | Toronto, Ontario, Canada |
| France | salesforce.com France, a French S.A.S company with a share capital of 37,000 €, registered with the Paris Trade Registry under number 483 993 226 RCS Paris, Registered office: 3 Avenue Octave Gréard, 75007 Paris, France | Salesforce.com Sarl, Route de la Longeraie 9, Morges, 1110, Switzerland, attn: Director, EMEA Sales Operations, with a copy to attn.: Legal Department - Service Juridique, 3 Avenue Octave Gréard, 75007 Paris, France. | France | Paris, France |
| Germany | salesforce.com Germany GmbH, a limited liability company, incorporated in Germany | Salesforce.com Sarl, Route de la Longeraie 9, Morges, 1110, Switzerland, attn: Director, EMEA Sales Operations, with a copy to attn.: Legal Department - Erika-Mann-Strasse 31-37, 80636 München, Germany. | Germany | Munich, Germany |
| Italy | Salesforce.com Italy S.r.l., an Italian limited liability company having its registered address at Piazza Filippo Meda 5, 20121 Milan (MI), VAT / Fiscal code n. 04959160963 | Salesforce.com Sarl, Route de la Longeraie 9, Morges, 1110, Switzerland, attn: Director, EMEA Sales Operations, with a copy to attn.: Legal Department | Italy | Milan, Italy |
| Spain | Salesforce Systems Spain, S.L.U., a limited liability company incorporated in Spain | Salesforce.com Sarl, Route de la Longeraie 9, Morges, 1110, Switzerland, attn: Director, EMEA Sales Operations, with a copy to attn.: Legal Department - Paseo de la Castellana 79, Madrid, 28046, Spain | Spain | Madrid, Spain |
| United Kingdom | Salesforce UK Limited (f/k/a salesforce.com EMEA Limited), a limited liability company incorporated in England | Salesforce.com Sarl, Route de la Longeraie 9, Morges, 1110, Switzerland, attn: Director, EMEA Sales Operations, with a copy to attn: Legal Department, Salesforce UK Limited (f/k/a salesforce.com EMEA Limited), Floor 26 Salesforce Tower, 110 Bishopsgate, London, EC2N 4AY, United Kingdom. | England | London, England |

| | | | | |
|---|---|---|---|---|
| A Country in Europe, the Middle East or Africa, other than France, Germany, Italy, Spain, and the United Kingdom | SFDC Ireland Limited, a limited liability company incorporated in Ireland | Salesforce.com Sarl, Route de la Longeraie 9, Morges, 1110, Switzerland, attn: Director, EMEA Sales Operations, with a copy to attn.: Legal Department - 3rd and 4th Floor, 1 Central Park Block G, Central Park, Leopardstown, Dublin 18, Ireland | England | London, England |
| Japan | Kabushiki Kaisha Salesforce.com, a Japan corporation | JP Tower 12F, 2-7-2 Marunouchi, Chiyoda-ku, Tokyo 100-7012, Japan, attn: Senior Director, Japan Sales Operations, with a copy to attn: General Counsel. | Japan | Tokyo, Japan |
| A Country in Asia or the Pacific region, other than Japan, Australia or New Zealand | Salesforce.com Singapore Pte Ltd, a Singapore private limited company | 5 Temasek Boulevard #13-01, Suntec Tower 5, Singapore, 038985, attn: Director, APAC Sales Operations, with a copy to attn: General Counsel. | Singapore | Singapore |
| Australia or New Zealand | SFDC Australia Pty Ltd | 201 Sussex Street, Darling Park Tower 3, Level 12, Sydney NSW 2000, attn: Senior Director, Finance with a copy to attn: General Counsel. | New South Wales, Australia | New South Wales, Australia |

**12.10 Manner of Giving Notice.** Except as otherwise specified in this Agreement, all notices related to this Agreement will be in writing and will be effective upon (a) personal delivery, (b) the second business day after mailing, or (c), except for notices of termination or an indemnifiable claim ("Legal Notices"), which shall clearly be identifiable as Legal Notices, the day of sending by email. Billing-related notices to Customer will be addressed to the relevant billing contact designated by Customer. All other notices to Customer will be addressed to the relevant Services system administrator designated by Customer.

**12.11 Agreement to Governing Law and Jurisdiction.** Each party agrees to the applicable governing law above without regard to choice or conflicts of law rules, and to the exclusive jurisdiction of the applicable courts above.

**12.12 Local Law Requirements: France.** With respect to Customers domiciled in France, in the event of any conflict between any statutory law in France applicable to Customer, and the terms and conditions of this Agreement, the applicable statutory law shall prevail.

**12.13 Local Law Requirements: Germany.** With respect to Customers domiciled in Germany, Section 8 "REPRESENTATIONS, WARRANTIES, EXCLUSIVE REMEDIES AND DISCLAIMERS", Section 9.3 "Exclusive Remedy", and Section 10 "LIMITATION OF LIABILITY" of this Agreement are replaced with the following sections respectively:

**8 WARRANTIES FOR CUSTOMERS DOMICILED IN GERMANY**

**8.1 Agreed Quality of the Services.** SFDC warrants that during an applicable subscription term (a) this Agreement, the Order Forms and the Documentation will accurately describe the applicable administrative, physical, and technical safeguards for protection of the security, confidentiality and integrity of Customer Data, (b) SFDC will not materially decrease the overall security of the Services, (c) the Services will perform materially in accordance with the applicable Documentation, and (d) subject to the "Integration with Non-SFDC Applications" section above, SFDC will not materially decrease the overall functionality of the Services.

**8.2 Content.** SFDC is not designating or adopting Content as its own and assumes no warranty or liability for Content. The parties agree that the "Reporting of Defects", "Remedies resulting from Defects" and "Exclusions" section shall apply accordingly to SFDC's responsibility in the event SFDC is deemed responsible for Content by a court of competent jurisdiction.

**8.3 Reporting of Defects.** Customer shall report any deviation of the Services from the "Agreed Quality of the Services" section ("Defect") to SFDC in writing without undue delay and shall submit a detailed description of the Defect or, if not possible, of the symptoms of the Defect. Customer shall forward to SFDC any useful information available to Customer for rectification of the Defect.

**8.4 Remedies resulting from Defects.** SFDC shall rectify any Defect within a reasonable period of time. If such rectification fails, Customer may terminate the respective Order Form provided that SFDC had enough time for curing the Defect. The "Refund or Payment upon Termination" section, sentence and 1 and sentence 3 shall apply accordingly. If SFDC is responsible for the Defect or if SFDC is in default with the rectification, Customer may assert claims for the damage caused in the scope specified

in the "Limitation of Liability" section below.

**8.5 Defects in Title**. Defects in title of the Services shall be handled in accordance with the provisions of Clause 9 "Mutual Indemnification".

**8.6 Exclusions**. Customer shall have no claims under this Clause 8 "Warranty" if a Defect was caused by the Services not being used by Customer in accordance with the provisions of this Agreement, the Documentation and the applicable Order Forms.

**9.3 Liability resulting from Indemnification for Customers domiciled in Germany**. The below "Limitation of Liability" section shall apply to any claims resulting from this "Mutual Indemnification" section.

## 10. LIMITATION OF LIABILITY FOR CUSTOMERS DOMICILED IN GERMANY

**10.1 Unlimited Liability.** The Parties shall be mutually liable without limitation
    (a) in the event of willful misconduct or gross negligence,
    (b) within the scope of a guarantee taken over by the respective party,
    (c) in the event that a defect is maliciously concealed,
    (d) in case of an injury to life, body or health,
    (e) according to the German Product Liability Law.

**10.2 Liability for Breach of Cardinal Duties**. If cardinal duties are infringed due to slight negligence and if, as a consequence, the achievement of the objective of this Agreement including any applicable Order Form is endangered, or in the case of a slightly negligent failure to comply with duties, the very discharge of which is an essential prerequisite for the proper performance of this Agreement (including any applicable Order Form), the parties' liability shall be limited to foreseeable damage typical for the contract. In all other respects, any liability for damage caused by slight negligence shall be excluded.

**10.3 Liability Cap.** Unless the parties are liable in accordance with "Unlimited Liability" section above, in no event shall the aggregate liability of each party together with all of its Affiliates arising out of or related to this Agreement exceed the total amount paid by Customer and its Affiliates hereunder for the Services giving rise to the liability in the 12 months preceding the first incident out of which the liability arose. The foregoing limitation will not limit Customer's and its Affiliates' payment obligations under the "Fees and Payment" section above.

**10.4 Scope.** With the exception of liability in accordance with the "Unlimited Liability" section, the above limitations of liability shall apply to all claims for damages, irrespective of the legal basis including claims for tort damages. The above limitations of liability also apply in the case of claims for a party's damages against the respective other party's employees, agents or bodies.

**12.14 Local Law Requirements: Italy.** With respect to Customers domiciled in Italy, Section 5.2 "Invoicing and Payment", Section 5.3 "Overdue Charges", Section 5.4 "Suspension of Service and Acceleration", and Section 12.2 "Anti Corruption" of this Agreement are replaced with the following sections respectively:

**5.2. Invoicing and Payment**

**5.2.1 Invoicing and Payment.** Fees will be invoiced in advance and otherwise in accordance with the relevant Order Form. Unless otherwise stated in the Order Form, fees are due net 30 days from the invoice date. The parties acknowledge that invoices are also be submitted electronically by SFDC in accordance with the "Electronic Invoicing" section below through the Agenzia delle Entrate's Exchange System (SDI – Sistema di Interscambio) and any delay due to the SDI shall not affect the foregoing payment term. Customer shall be responsible for providing complete and accurate billing and contact information to SFDC and shall notify SFDC of any changes to such information.

**5.2.2 Electronic Invoicing**. The invoice will be issued in electronic format as defined in article 1, paragraph 916, of Law no. 205 of December 27, 2017, which introduced the obligation of electronic invoicing, starting from January 1, 2019, for the sale of goods and services performed between residents, established or identified in the territory of the Italian State. To facilitate such electronic invoicing, Customer shall provide to SFDC at least the following information in writing: Customer full registered company name, registered office address, VAT number, tax/fiscal code and any additional code and/or relevant information required under applicable law. In any event, the parties shall cooperate diligently to enable such electronic invoicing process. Any error due to the provision by Customer of incorrect or insufficient invoicing information preventing (a) SFDC to successfully submit the electronic invoice to the SDI or (b) the SDI to duly and effectively process such invoice or (c) which, in any event, requires SFDC to issue an invoice again, shall not result in an extension of the payment term set out in the "Invoicing and Payment" section above, and such term shall still be calculated from the date of the original invoice. SFDC reserves the right to provide any invoice copy in electronic form via email in addition to the electronic invoicing described herein.

**5.2.3 Split Payment.** If subject to the "split payment" regime, Customer shall be exclusively responsible for payment of any VAT amount due, provided that Customer shall confirm to SFDC the applicability of such regime and, if applicable, Customer shall provide proof of such VAT payment to SFDC and, if applicable, Customer shall provide proof of such VAT payment to SFDC.

**5.3 Overdue Charges.** Subject to the "Payment Disputes" section below, if any invoiced amount is not received by SFDC by the due date, then without limiting SFDC's rights or remedies, those charges, without the need for notice of default, may accrue late interest at the rate of 1.5% of the outstanding balance per month, or the maximum rate permitted by law (Legislative Decree no. 231/2002), whichever is lower and/or (b) SFDC may condition future subscription renewals and Order Forms on payment terms shorter than those specified in the "Invoicing and Payment" section above.

**5.4. Suspension of Service.** Subject to the "Payment Disputes" section below, if any charge owing by Customer under this or any other agreement for services is 30 days or more overdue, (or 10 or more days overdue in the case of amounts Customer has authorized SFDC to charge to Customer's credit card), SFDC may, without limiting its other rights and remedies, suspend Services until such amounts are paid in full, provided that, other than for customers paying by credit card or direct debit whose payment has been declined, SFDC will give Customer at least 10 days' prior notice that its account is overdue, in accordance with the "Manner of Giving Notice" section below for billing notices, before suspending services to Customer.

**12.2 Anti-Corruption.**

**12.2.1 Anti-Corruption.** Neither party has received or been offered any illegal or improper bribe, kickback, payment, gift, or thing of value from an employee or agent of the other party in connection with this Agreement. Reasonable gifts and entertainment provided in the ordinary course of business do not violate the above restriction.

**12.2.2 Code of Conduct and Organization, Management and Control Model.** Customer acknowledges that SFDC has adopted an Organization, Management and Control Model pursuant to Legislative Decree 231/2001 to prevent crimes provided for therein and commits to comply with the principles contained in the above Legislative Decree 231/2001 and in the SFDC Code of Conduct which is available at the following link: https://www.salesforce.com/content/dam/web/en_us/www/documents/legal/compliance%20documents/salesforce-code-of-conduct.pdf. Customer also acknowledges and agrees that the violation of the principles and the provisions contained in Legislative Decree 231/2001 and in the SFDC Code of Conduct by Customer may entitle SFDC, based on the severity of the violation, to terminate this Agreement for cause as set out in Section 11.3(i) above.

**12.15 Local Law Requirements: Spain.** With respect to Customers domiciled in Spain, in the event of any conflict between any statutory law in Spain applicable to Customer, and the terms and conditions of this Agreement, the applicable statutory law shall prevail.

EXHIBIT C

TRUST PILOT COMPLAINTS available at https://www.trustpilot.com/search?query=salesforce



★★★★★                                                                Aug 30, 2020

**Do not use this company!**

Do not use this company! We signed a 12 month contract, but we couldn't get it to integrate with our system. We were told it would cost about $15,000.00, which we as a small company could not afford. They don't care and will not cancel the contract and keep taking money even though it does not work. Bate and switch. Very unethical company. What a rip off.

**Date of experience:** August 30, 2020

👍 Useful **1**    ⛛ Share                                                          ⚑





★★★★★                                                                Nov 29, 2022

**I spent over 100k and my company was…**

I spent over 100k and my company was never even set up correctly by Oppty. Sales force never helped us at all and said too bad you signed a contract. They are a pathetic bunch of clowns. We had 3 sales reps in one year and finally shut it off and will pay until end of 2024 for nothing

**Date of experience:** November 16, 2022



★☆☆☆☆                                                      Updated Jan 24, 2022

### I signed up for Salesforce about a year...

I signed up for Salesforce about a year ago and after three months I didn't like it. Six
months ago I sent him an email about canceling my service and not renewing. Of course
that got me nowhere. This morning I got charged for another year. I attempted to contact
them several times was very difficult time reaching a live person. Salesforce is the worst
customer service company on the planet. All they care about is selling and have no clue
what customer service really means. I would stay away from this company in a New York
second! It gives me no pleasure writing this review but people need to be warned. If you
have any doubts as to what I stated here. Try signing up with Salesforce and the good
luck teaching anyone who my try to help you to get a refund.

**Date of experience:** January 24, 2022

👍 Useful **1**    ⚄ Share                                                      ⚑





★☆☆☆☆                                                              Aug 23, 2021

**A major lack of communication and…**

A major lack of communication and extremely poor customer service. For a CRM company, I would never recommend using Salesforce. The account managers write short, brief, and rude replies. They do everything they can to get you onboard and when you want to cancel your account, they all of a sudden stop replying. Their contracts are borderline illegal. They also auto-renew your contract without ever letting you know. Glad to get rid of them.

**Date of experience:** August 24, 2021

👍 Useful    ⚇ Share                                                          ⚑



★☆☆☆☆                                                              Dec 4, 2023

**No Cancellations Allowed! Megan Lacey Or Megan Foye**

Be careful with the specific wording of each "Cloud" that they have. I did a free trial for the Financial Services Cloud, liked it, and thought I'd signed up for it. Apparently, I'd signed up for the Sales Cloud which is something entirely different. I'd tried to cancel the first day I logged in and realized the error, but was given the run around by their salespeople, Megan Foye / Megan Lacey and Quinn Schrepel. Finally got to Billing Dept a few days later who said I could NOT cancel my subscription.

**Date of experience:** December 04, 2023

👍 Useful    ⚇ Share                                                          ⚑



★ ☆ ☆ ☆ ☆                                                           Jun 12, 2023

**Greedy Corporate Bullies**

This is the most disgusting company I have purchased services from. I am a small
business owner and have had a change in circumstances forced by our franchisor
and I wanted to terminate my contract. Salesforce wouldn't terminate the contract
and wouldn't budge on the terms. They have zero empathy and they are bullies. If you
are here to figure out if they are worth it, they are not. I can assure you. Don't do
business with this company, you will regret it!

**Date of experience:** June 05, 2023

👍 Useful **1**     ⚘ Share                                                      ⚑



★ ☆ ☆ ☆ ☆                                                           Jun 3, 2021


**Have used Salesforce for the past 6…**

Have used Salesforce for the past 6 years and have hated every minute of it.
Somehow with the release of lightning, they made it even slower and more worthless.
Takes forever just to generate a quote for a client. Our medium sized company
($30M-$50M) needs a full time IT person working on Salesforce just to keep it working
and handling all the custom stuff we need to bolt onto it just so it actually works.
Nevermind the fact it's not integrated into our billing software, so still a manual
process between quoting/estimates and invoicing. Previously used Quickbooks and
for a few hundred bucks a year it was able to do everything we needed. Salesforce is
a total scam. Run away.

**Date of experience:** June 03, 2021





★★★★★                                                          Oct 14, 2022

### Horrible customer and very glitchy

Horrible customer service - they ask you to pay to hire a consultant to fix everything.

Their sales people over promise and under deliver and when you need help they all point he finger in other areas.

DO NOT INVEST IN SALESFORCE, the hype is not real.

**Date of experience:** October 14, 2022





★★★★★                                                          Jan 30, 2023

### Ghosted by Agent/Account Manager (they do exist but not after you sign)

You should start by googling "salesforce horror stories" before signing anything. Once you sign there is no more agent or customer manager to take care of you, there is only a billing department or legal department. No way to cancel, modify or update. No cooling-off periods. No crying "i have been misinformed by an agent" nobody cares about you. Just your billing.... or else.

I have been told by an agent that if I cannot get my integration working I will be able to cancel my subscription within 2 days. I have been told that this functionality could not have been tested with a trial that I need to subscribe to verify. Once I subscribed, sales team blocked my number and that's it. Now you're in the hands of Master Sales Agreement.

**Date of experience:** January 27, 2023

👍 Useful **3**      ⇆ Share                                              ⚑



★ ★ ★ ★ ★                                           Jun 29, 2023

**Billing and Collections are the WORST**

Billing and Collections are the negative side of dealing with this company. If you can find alternatives, do it. The negative customer experience offsets the benefits of the software/tools they sell. No way to speak to anyone, no one responds to service emails.......

**Date of experience:** June 29, 2023

👍 Useful 1    ☌ Share                                            ⚑



★ ★ ★ ★ ★                                           Oct 9, 2020

**Salesforce is no friend to small business. Especially now.**

We signed with Salesforce before the pandemic and then got slammed by the economic downturn. We are a very small company and asked to be released from our agreement with them. Instead they sent us to collections at a time when we are trying just to survive, not lay off our employees etc. They do not walk the talk.

**Date of experience:** October 09, 2020

👍 Useful 4    ☌ Share                                            ⚑





★ ★ ★ ★ ★                                      Oct 4, 2021

**We signed up with Salesforce, what a scam they are.**

We signed up with Salesforce, and wow they were tenacious for a contract, after we signed up they were literally like Crickets for two months. After several attempts and weeks to get training, we decided to cancel. Salesforce claimed no appointments were availble. But, even though they were in breach of our contract with the training they would not let us get out. Adrian Guanzon, aguanzon @ salesforce dot com threatened to report our company to a collection agency and destroy our records. I highly recommend staying clear of Salesforce. They are literally a scam organization, we have moved on but want to help others avoid a bad situation.

**Date of experience:** October 04, 2021

👍 Useful **2**    ⤳ Share                                      🏳





★ ★ ★ ★ ★                                      Feb 18, 2021

**If I could give zero stars I would**

If I could give zero stars I would. Awful service, terrible terms, avoid at all costs you'll thank me later. Spoke with someone from Salesforce & their recommended developer & agreed everything I wanted out of the system along with costs. 3 months later still no where near being able to use it & yes still paying for it, paying the monthly contract, paying for upgraded apps, paying other developers to do what was supposed to be done. Honestly just avoid this farce like the plague! Dont be duped by the 'yes we can do all that for you sir' they dont deliver, it's a complete RIP off.

**Date of experience:** February 19, 2021

👍 Useful **2**    ⤳ Share                                      🏳



★☆☆☆☆                                        Aug 8, 2023

**Would not recommend**

Predatory company. Read ALL of the fine print. I never used their software because I
opted out of their "Free Trial" only to be billed the full $900 anyways. Then when
trying to dispute the charge, received ZERO responses from anyone within the
company for months on end. I then received a notice that my charge would be passed
to collections. Only after forwarding that email to my rep at Salesforce, did he
respond claiming he just returned from vacation. It had been 6 months I had been
trying to get this issue resolved. He said he would pass it through their billing
department to see if they could cancel the charges. The next email I receive is from
the collections team. FFS.

As for the CRM itself, not worth your time or money. Convoluted software that isn't
very user friendly. And learning the software fully requires you to pay a 3rd party team
to teach you the ins and outs, and this runs about $1400 additional.



★☆☆☆☆                                        May 24, 2022

**terrible service; borderline criminal**

We signed a 12-months contract. However, the salesforce-certified partner couldn't
implement the solution.

The salesforce team was not helpful at all. Salesforce wasted 6 months of our time
without being able to deliver any value.

The Salesforce team suggested that we sign a second contract that overlaps the first
contract to access the same product.

I have not seen or heard of a less customer-centric and less professional service.

**Date of experience:** May 24, 2022



★☆☆☆☆                                                          Feb 21, 2022

**Salesforce Gurgaon office is a fraud**

Salesforce Gurgaon office is a fraud. They made a fool out of us twice. We paid for an year for 11 users and they misguided us about the plan and we could never implement and use it because of the restrictions in the plan.. they posed to help us out using their implementation partner but gave us the worst team who screwed up the default system. Now again, they made us to sign contract with more expensive plan and promised us to give free implementation with their best partners. Once we signed-up , they said we have to pay for everything and when I showed them their promise, they stopped responding. They can sell at any cost and take money and stop responding. This is how they do business by fooling around and managing their online reputation by manipulation and fraud.

NEVER EVER SIGN UP FOR SALESFORCE.

**Date of experience:** February 21, 2022



★☆☆☆☆                                                          Jun 7, 2021

**SALES FORCE NIGHMARE**

Got the package from Sales force. Very responsive to get the business in the door. I had many issues with the software account setup, which involved having to setup multiple accounts and losing my data every time. All that done and up and running it was going o.k. I opted the first time for a monthly contract so a pay as you go, and somewhere in the mix up, from the multiple accounts I had to keep setting up with them, I magically landed on a 12 month contract. This issue was raised with them with no success. SALES FORCE DOES exactly what it says on the tin FORCES SALES, NO COMPROMISE , typical large business tactics and no personal approach or understanding to the initial problem.

**Date of experience:** June 08, 2021

**BETTER BUSINESS  BUREAU COMPLAINTS, https://www.bbb.org/us/ca/san-francisco/profile/computer-software-developers/salesforcecom-inc-1116-44164/customer-reviews**



☆☆☆☆☆                                                                04/16/2022

Worst software service Ive ever experienced. Strict with user access and way overpriced. **************** is awful. We emailed to cancel and they said it was too late and that we owed for a full year. They could see that we hadnt logged in for months, yet refused to drop the ****. They now have an extremely aggressive collection company hounding us and refusing to make a deal of any kind. Weve offered to pay half of what the agreement was for, even though we havent used the system at all during the time period they are charging us for. I understand its an auto renew agreement, but at some point there needs to be a human element here. Stop treating us, your former customer, like we are thieves. You are the ones overcharging people for an underwhelming produce with sad customer support.



 ☆☆☆☆☆                                              11/04/2022

After not using SalesFarce for over 6 months, we asked to cancel. The good news is we received a professional response from SalesFarce. In that they refused to honor our request to cancel. Such practice is not in line with putting the customer first. This is an example how big business grinds on small business.



☆☆☆☆☆                                                                10/17/2023

I agree with everyone on here. It is next to impossible to reach anyone at Salesforce. I have sent two emails requesting my auto-renewal be turned off and only received one response and that was to tell me I can't cancel my account. Sent them an email backing stating I want auto-renewal turned off and have not heard back and it is still on. Sent in a third request today and we will see what happens. There are enough complaints on here that I think I would have the numbers for a class action lawsuit against them if they do not respond and turn it off. I wish I would never signed up for their service, it has been a huge disappointment and a waste of time and money. Stay far away from them. I would have gave them zero stars but it is not an option.



★☆☆☆☆                                                                11/21/2022

Attention all companies looking for a Reliable product and service,We have purchased salesforce for our company since the beginning of Nov/22. Our experience has been nothing short of awful. We were not able to sign in for about 2 weeks and had to deal with the absolute worst customer service we have ever experienced. I know how hard we work to keep our customers happy, and the purchasing salesforce has been a total waste of money and disappointment. There is no one you can contact to address the issues and the account executives that make the initial sales are not educated and helpful. Since our experience and service has been horrible, we decided to investigate canceling our subscription and getting a refund, neither the account executive or anyone in billing and customer service is able to help you or even listen to our concern and make sure we are refunded since they have not been able to resolve the issues. We have basically through our money away without even trying to use this Poorly managed CRM. They keep wanting to upsell you and the fact that there is no one to hear your concern and make sure after purchase you are well taken care of and have a good experience you are left alone. Stay away

EXHIBIT D

Sea     Categories     Blog     CS     Courtne...     **For businesses**

Business Services  ›  Salesforce

**Overview**     Reviews     About

# Salesforce

Reviews 486 • Bad

⭐⭐ 1.4 ⓘ

✅ **VERIFIED COMPANY**

In the **Business Services** category

⧉ **salesforce.com**     →

Write a review

## Company activity          See all

| 🗓 Claimed profile | 🕐 Hasn't replied to negative reviews |

## Reviews ⭐ 1.4
486 total

| | | |
|---|---|---|
| ☐ 5-star | | 5% |
| ☐ 4-star | | 3% |
| ☐ 3-star | | 2% |
| ☐ 2-star | | 6% |
| ☑ 1-star | | 84% |

| Filter ⇄ | Most relevant ⇅ |

1-star ✕    Last 12 months ✕    Reset



★☆☆☆☆                                                    6 days ago

**An absolute nightmare**

An absolute nightmare. I have been billed three times, after being told I had a 30 day free trial. I have 2 users on my account. I cannot add the second user. Every time I try, I am logged out and asked to verify using the Authenticator app. I have contacted the Customer Service agent, after being promised an answer from someone else, and a free trial from someone else initially. They are asking me to fill out a complicated return email for a refund.

Avoid this company at all costs. They mislead, and the interface is completely unusable. I have 30 years experience in business in Australia, so my claim is not reactive and is based on fact.

**Date of experience:** November 26, 2024

👍 Useful **1**    ⤳ Share                                              ⚐

Advertisement





★☆☆☆☆                                                    Nov 16, 2024

**Unexpectedly block the services**

They can block you from using their services just because they assume that you or your employer are associated with Russia of Belarus, putting it on complying to sanctions. I don't remember that it is in the sanctions that Russia can not use Tableau or something. You are insane

**Date of experience:** November 16, 2024

👍 Useful **1**    ⤳ Share                                              ⚐





★☆☆☆☆                                                    Sep 23, 2024

**Another billing nightmare**

Another billing nightmare. The support is nonexistent (ironically), you cannot get a human being on the phone. The accounting contact is different every time they email you, and they do not respond when you email them back. Don't bother pressing the Sales option to reach a person - they just transfer you to the same unresponsive loop. Their own options (Press 1, etc.) give a message that "this is not a valid response." Yikes.

**Date of experience:** September 23, 2024

👍 Useful **2**    ⌁ Share    ⚐



    Oct 7, 2024

### A Spammer's Haven

Salesforce is a haven for spammers and scammers. They have an anti-spam policy and the requirement that unsubscribe links be provided but neither are enforced. Abuse reports are not answered nor is any action taken on habitual spammers. Apparently all Salesforce is interested in is the money of the spammers

**Date of experience:** October 07, 2024

👍 Useful **1**    ⌁ Share    ⚐



    Aug 24, 2024

### Salesforce Cancellation Nightmare

When my business needs changed, I chose not to renew Salesforce. However, they continued billing me $924.16 without my knowledge. Despite having records of these charges, Salesforce required me to obtain transaction receipts from my bank. After I provided the receipts, they only refunded $303, citing an auto-renewal clause I wasn't fully aware of. They plan on keeping $621.16, which I find unfair. This experience ensures I'll never do business with Salesforce again, and I strongly advise others to avoid them as well.

**Date of experience:** August 04, 2024

👍 Useful **4**    ⌁ Share    ⚐

Advertisement




Sep 25, 2024

### They allow scammers to use the…

They allow scammers to use the Salesforce systems to send unsolicited emails, trying to scam people. They also allow them to send emails to illegally bought email addresses, which is against the GDPR regulations. I receive hundreds of emails a month sent through Salesforce, with different scams.

**Date of experience:** September 25, 2024

👍 Useful **1**     ⌁ Share




Oct 24, 2024

### This CRM company it's a BIG SCAM 100%.

This CRM company it's a BIG SCAM 100%.
they offered $25 pk, than the Salesman Rayen said will give me the top Plan with full discount $60/mon. Was sound great. I ask to be build monthly, he said Yes..!
I sign the agrement, than I find out there's no way to setup that Sys. (He said) $200 than after the meeting i find out will cost $10k at least..?
I never login or touch that system. Month later I find collection for $990 NO one return the call. No phone # to billing, only email and no respond back..
I wish if I review those SCAMMERS before I sign up..

**Date of experience:** April 02, 2024

👍 Useful **1**     ⌁ Share




2 days ago

### mega spammers

mega spammers. won't stop! SCUM!

**Date of experience:** November 29, 2024





★☆☆☆☆                                                                                      Sep 9, 2024

### Small business, stay away!

I am owner of 100employee company and we were told by many Salesforce is the place to go to consolidate your sales. But do not do that. The interface is clumsy and complex. For basic stuff, like having the same view of the clients for all colleagues, you almost need to pay integrator. Reporting is a nightmare. The worst of all - due to the expired billing method that we were not aware - we were locked out of the account. What is even more bizarre is the fact you cannot update your billing method once you are locked out of the account. Of course our customer support contact became unresponsive, general customer support does not answer any emails - obviously. Long story short, I have to call and beg on different numbers so we can gain the access to the data that we own. I honestly do not know why organisations use the service.

**Date of experience:** September 09, 2024

Useful **4**       Share

Advertisement





★☆☆☆☆                                                                                      Sep 20, 2024

### Billing department are a joke

I've been waiting for a refund from the accounts team for nearly a year now!
I chase them every month and they have told me its been refunded when it hasn't,
The billing department is the worst business I have ever had to deal with.
Not even the salesforce team can get anything out of them. They lock me out of the account every month then take an age and numerous emails and requests to open the account back up.
I hate paying this company every month when they owe me money.

**Date of experience:** September 20, 2024

Useful **1**       Share



Updated Aug 9, 2024

### Salesforce is a nightmare for sales

Salesforce is NOT a user application for sales! It is merely a data entry platform that uses a very primitive UI to access SQL databases through static reports. Lightning has been their 'new' UI for a decade & is still being 'rolled out'.

Task 'management' is literally just a list that doesn't do reminders and is wholly manual. Technically, you can label a task as a reminder, but it's only a label; it doesn't do anything.

All data is managed manually. Automating anything is difficult and time consuming. The standard SF response to setting up automations or connecting functions that the modern user would expect is, "of course it can do that! Oh, wait no, no, it cant do thaaat. But you can generate a report".

The most ridiculous advice from SF experts is to export to a spreadsheet. Why are we paying for a CRM that is only useful if the data managed in a spreadsheet?

**Date of experience:** August 06, 2024

👍 Useful **3**    ⌁ Share





Updated Aug 1, 2024

### Absolute crap from top to bottom

Absolute crap from top to bottom. I wish I could give it a negative rating! Tons of hype and in my opinion it's slow, template is terrible, outdated, feels like it's lacking in technology and you have constant malfunctions. In the end it was irritating to the customers and made communication more difficult. Cost me sales and it took away from my presentation made me look unorganized and not well prepared. Been an issue for six months and yesterday was ridiculous mess had to not use it…Look for options ….

**Date of experience:** March 31, 2024

👍 Useful **3**    ⌁ Share



Sep 23, 2024

### Billing Nightmare

Like other reviewers I had issues with Billing. My recommendation is to stay clear of this company if only for billing purposes. We haven't used Salesforce in a few years. The person who got it is long gone (but email for contact purposes is still good) and the credit card used to pay has been discontinued. They did not reach out at all to say their attempt to invoice us failed. When we didn't pay (because we didn't know and the credit card is not active) they sent it to collections.

We were told our account would stay inactive which would be good because we don't want the service or to be charged for it again. Our company can absorb the cost, but I'm sure there are a lot of smaller companies that this would be hard for. I'm pretty upset to that it was sent to collections with no follow-up before that from Salesforce. Don't risk getting charged for something, find another company.

**Date of experience:** September 23, 2024

👍 Useful **1**    ⌁ Share    ⚑

Advertisement



★ ☆ ☆ ☆ ☆                                                                 Apr 9, 2024

### Your employees deserve better.

This is terrible horrible software that is not remotely intuitive or user friendly. It does nothing to improve
service or sales it only provides middle managers with colorful bar graphs and charts. My last company had
to add people just to manage the software. If you
are thinking of using this platform please reconsider.
Your employees deserve better

**Date of experience:** April 09, 2024

👍 Useful **4**    ⌁ Share    ⚑



★ ☆ ☆ ☆ ☆                                                                 Dec 4, 2023

**Garbage**

Garbage, clearly designed by people with no experience of actually how to manage busy teams.

- The app is 80% redundant information.
- Unclear and ugly UI.
- Lots of "deactivated" pages just left littered around.
- Took our team months to learn the basics, and we still hate it.
- Appalling application, really really avoid.

**Date of experience:** December 04, 2023

👍 Useful **6**    ⌁ Share

---



                                                    Mar 13, 2024

**Just awful**

Just awful, the worst support I have ever had. We pay 25K pa for premier support and it is still absolutely rubbish. The first line support know nothing, gather the information and pass to second line who also know nothing, and need another call because they cant understand what has passed from 1st line, its the same everytime! Then they take weeks to look into it and in that time i've usually resolved myself. Salesforce is just pure greed.

**Date of experience:** March 13, 2024

👍 Useful **5**    ⌁ Share

---



                                                    Jul 10, 2024

**Salesforce Authenticator sucks!**

Every morning (really about 8 out of 10 times) I TRY to log in the authenticator never remembers I have auto detection. So I have to always select "allow" auto detection when logging. Nada! Every day! Other times when I try to log in doesn't even give me the option to approve or deny log in. Then you have to clear YOUR cache or do something on your end for THEIR system to work. It is soooo annoying. That is just one of the many issues we have.

**Date of experience:** July 08, 2024

Advertisement



⭐☆☆☆☆                                                          Apr 17, 2024

### Cumbersome piece of software

Cumbersome piece of software. Pricey, had to hire someone to run it - then they needed a staff. DO YOUR HOMEWORK before getting sales force. Employees taking valuable time navigating through SF instead of doing their job.

**Date of experience:** April 17, 2024

👍 Useful **3**    ⌇ Share                                      🚩



⭐☆☆☆☆                                                          May 23, 2024

### DO NOT BUY FOR HEALTHCARE OR MEDIUM/…

DO NOT BUY FOR HEALTHCARE OR MEDIUM/ SMALL BUSINESS. Scammed in to 16 users, 3 year contract, 1 million text messages only for outgoing, lightning scheduler, and was paired with a garbage partner. I've spent 6 months, $400k, hours and hours of my and several employees time trying to get the software to work for us. At this point I am backing out and will not be using the software are all. Huge loss, I should have read this forum before purchasing. I bought in to their hype and reputation.

**Date of experience:** May 23, 2024

👍 Useful **7**    ⌇ Share                                      🚩



⭐☆☆☆☆                                                          Aug 2, 2024

### SalesForce Starter A/B Test Review

During our trial of Salesforce Starter, we found it slow and decided not to extend it. The software felt intimidating, and its outdated user interface seemed like something from 1999. Finding a suitable CRM has been challenging. We encountered issues with Zoho Tables where data was disappearing, although this was eventually resolved. In an A/B test comparing Salesforce Starter (priced at $25) and Zoho Bigin (priced at $12), Zoho Bigin emerged as the winner. Salesforce charges for every little thing, making it expensive. It would be great if Salesforce could improve their Starter software or dedicate a software to be more like Zoho Bigin for small businesses and sell it for around $20. In my opinion, Salesforce takes advantage of micro businesses to fund their corporate operations.

**Date of experience:** July 25, 2024

👍 Useful **3**     ⌔ Share                                                                        ⚑

| Previous | Next page |
|----------|-----------|

Advertisement

**About Salesforce**
Information written by the company

What is Salesforce? Salesforce is a customer relationship management solution that brings companies and customers together. It's one integrated CRM platform that gives all your departments — including marketing, sales, commerce, and service — a single, shared view of every customer. Learn more at salesforce.com/learnmore

**Contact**

@   info-de@salesforce.com

📞   0800 1822338

📍   415 Mission St
     CA 94105
     San Francisco
     United States

★ Sea 🔍    Categories    Blog    CS    Courtne…    **For businesses**

Business Services  >  Salesforce

## Overview    Reviews    About

# Salesforce
Reviews 486  •  Bad

★★☆☆☆  1.4  ⓘ

✅ **VERIFIED COMPANY**

In the **Business Services** category

🔗 **salesforce.com**    →

*Write a review*

### Company activity    [See all]

| 🗓 Claimed profile | 🕐 Hasn't replied to negative reviews |

### Reviews ★ 1.4
486 total

☐ 5-star    5%
☐ 4-star    3%
☐ 3-star    2%
☐ 2-star    6%
☑ 1-star    84%

| Filter ⚙ | Most relevant ⇅ |

[ 1-star ✕ ]  [ Last 12 months ✕ ]  Reset



⭐☆☆☆☆                                                      Jul 17, 2024

**I was on the training yesterday and OMG…**

I was on the training yesterday and OMG it's like the software was written by a pregnant skitsofrenik women, it is lengthy and down right useless. Waste of money and all the trainers say is trust the system. I wouldn't trust that system if my life depended on it. Bunch of scumbags

**Date of experience:** July 16, 2024

👍 Useful **4**        ⌁ Share                                                      ⚑

Advertisement



⭐☆☆☆☆                                                      Jul 18, 2024

**Nothing**

What has gone right, not a single thing. This system is a failure and our entire staff of 500+ feel like we were sold a lemon from a shady used car salesman. Our company has now made the news and I'm sure the lawsuits have started. I'm just a little person within the company and have no say but I have been here for 9 yrs and for the first time, I hate coming to work having to deal with this crap of a system.

**Date of experience:** May 05, 2024

👍 Useful **4**        ⌁ Share                                                      ⚑



⭐☆☆☆☆                                                      Feb 26, 2024

**Their sales team are liars**

Their sales team made misleading statements about what the product would do. Said it'd be updated once you made payment and logged into the system. Also, cancelled/retired one of the integrations I'd needed within the first month of signing up.

👍 Useful **3**    ⌁ Share





Jan 24, 2024

### Expensive and their tech support is…

Expensive and their tech support is horrible. Everyone I talk to gives me a different answer. It's extremely complicated. I've had it for 3 months and I still don't have it set up correctly. My sales rep was an absolute scammer claiming he was giving me his personal cell number just in case I need anything but I've been emailing, calling, and texting for several days and tech support has left him messages to call me for the last 2 weeks and I've been completely ignored

**Date of experience:** January 24, 2024

👍 Useful **2**    ⌁ Share





Mar 19, 2024

### Criminals

Criminals.

Renew contracts with no notice and by the time you find out, it's another year of "contract before you are allowed to cancel.

They are absolute criminals.

Eventually, they will be brought down by:
1. Lawsuits
2. No-code solutions empowered by AI.

I will enjoy watching them fail.

**Date of experience:** March 19, 2024

👍 Useful **1**    ⌁ Share



★☆☆☆☆                                                                  May 15, 2024

### Extremely User UN-Friendly

The most user-unfriendly software I have EVER worked with. You'll need extreme support to walk through the simplest of tasks, and you'll spend all day trying to figure out how to navigate through online videos and such. Even after figuring out how to use it, I still hate it.

**Date of experience:** May 15, 2024

👍 Useful **2**      ⌗ Share                                                           ⚑



★☆☆☆☆                                                                  Jul 1, 2024

### Premier Success is a Scam

I'm incredibly upset because I was scammed into "testing out" the Premier Success Plan for my nonprofit. I was told it was a 2 month test and we could renew if we liked it. I hated it and said I did not plan to renew. It takes forever to schedule a 1:1 session and all they do is direct you to Trailhead (the free resource library).

I then got hit with a 1 year bill for Premier and they will NOT cancel it. The team said I was notified by the renewal but I was not. No where in the contract did it state that the Premier Plan would auto renew but apparently it's their "policy for all contracts". Communication with support is going in circles and I'm crushed that they would take advantage of a small nonprofit like this.

**Date of experience:** July 01, 2024

👍 Useful **3**      ⌗ Share                                                           ⚑



★☆☆☆☆                                                                  Jan 29, 2024

**avoid at all cost**

Having read these reviews I should have listed before I signed up. They give the worse customer service . I signed up for 4 years but now I regret my decision. I have not even started yet and an internal error cause them to charge me for 3million texts . Despite repeatedly asking for rectification they keep charging my credit card. No one answers my emails . the initial sales person has disappeared. The manager does not reply . All they say is that they are looking into it . You can tell how good a company is by the way it handles its problems.

**Date of experience:** January 30, 2024

👍 Useful **4**     ⤳ Share                                                    🚩

---



⭐☆☆☆☆                                                                Dec 14, 2023

### I'm excited to see the low reviews and…

I'm excited to see the low reviews and be able to write my own. SF is a 26B company that makes money offering an organized database solution so to speak? It's a joke. The mobile app doesn't even provide notes, the only thing that matters when you're dealing with prospects. You'd think it's intentional it's so bad. I had it in 2000 and I'm forced to have it now. NOTHING HAS CHANGED. I'd be embarrassed to willingly be associated with the place. FK SALEFORCE.

**Date of experience:** December 13, 2023

👍 Useful **4**     ⤳ Share                                                    🚩

Advertisement

---



⭐☆☆☆☆                                                                Apr 26, 2024

### Scammers and spammers heaven

Scammers and spammers, this is the best company for your "business". Pay for Dedicated IP and have "premium level" against abuse reports!

4 days ago I made a abuse report against Salesforce customer that sending daily base spam messages to my e-mail address, even with the unsubscribe procedure done multiple times. They

responded saying they would investigate the sender but yesterday I started to receive spam again, and today too.

**Date of experience:** April 22, 2024

Useful **1**    Share



    May 22, 2024

### absolutely terrible to use!

absolutely terrible to use!! slower than windows 95, customers and me as an agent have to wait on averge 5 minutes for this shait to work!!!

often have to clear cookies just to make it work.

how can salesforce be such a big company and have no intrest in actually making a product that works?!?!?1
its beyond my knowledge
have used this shaitty software for shy of 3 months and man is bad, youll have it easier to to free the people of north korea than it is to make salesforce do the simpliest thing.

NEVER BUY THIS!!!!

**Date of experience:** May 22, 2024

Useful **4**    Share



    Dec 4, 2023

### No Cancellations Allowed! Megan Lacey Or Megan Foye

Be careful with the specific wording of each "Cloud" that they have. I did a free trial for the Financial Services Cloud, liked it, and thought I'd signed up for it. Apparently, I'd signed up for the Sales Cloud which is something entirely different. I'd tried to cancel the first day I logged in and realized the error, but was given the run around by their salespeople, Megan Foye / Megan Lacey and Quinn Schrepel. Finally got to Billing Dept a few days later who said I could NOT cancel my subscription.

**Date of experience:** December 04, 2023



★☆☆☆☆                                          Jan 8, 2024

### Terrible renewel process - no transparency

I highly recommend using another software. Outside of the shoddy service, this company is terrible when it comes to renewals. They have awful customer service, especially when it comes to high level clients spending tens of thousands on licenses. Prices are not transparent, and any change to your license count leads to radical changes in prices. Account manager's use highly aggressive sales tactics, and don't actually help the consumer in any way. Not to mention their auto renewal tries to lock you into a high price with ridiculous yearly price increases. Nothing about this company is transparent.

**Date of experience:** January 08, 2024



Advertisement



★☆☆☆☆                                          Jul 31, 2024

### Failure and Bad implementation, not user friendly

We are a wholesale flooring company. My sales manager thought would be a good idea to get Salesforce for sales rep to take order straight from customers and generate sales reports faster. We want the sales rep have the ability to see inventory on hand, take sale orders, take customer data, send sales order to customer and take payments. In the first day, we stated those objectives and want something mirror of our company QB, but only on Sale/customer side. It took Salesforce 6 months to have an interface to present and start training me. The interface is so difficult to navigate and not user friendly. It is like navigator through labyrinth to take order. They could only provide take order, and everything else has to be done by our QuickBooks software. They had the nerve to say that we didn't state our objectives clearly, but that was what they presented to us as Sales side would be done by Salesforce interface. There is no point paying subscription fee and we have to use QuickBooks for everything. As company's chief accountant, I called to end it.

**Date of experience:** July 31, 2024



★☆☆☆☆     Aug 27, 2024

### I got lots of scam and spam emails from…

I got lots of scam and spam emails from salesforce.com. They are all illegitimate and tries to pose as Meta to phish scam information from me. I report that and block them, and new ones emerge. My alarm bells ring as soon as I see Salesforce. It's bad news!

**Date of experience:** August 27, 2024



Useful 1   Share



★☆☆☆☆     Aug 25, 2024

### Thief's

Thief's

I cancelled my plan about 4 months ago and they keep charging me. There's no billing department that can help you cancel over the phone. You have to send an email which they will not reply to you after you make a "ticket" with customer service. They ended up reaching out to me via email 2 months after I made the "ticket" just to tell me that it's my fault because I kept sending them the payment. It's automatically on autopay and there's no way to take it off. Only way is to call your bank.
The only department they have over the phone is tech support. Everything else is done by email.

Nightmare of a company to deal with. I highly suggest not to use them.

**Date of experience:** August 24, 2024



Useful 1   Share



★☆☆☆☆     Jul 20, 2024

### This is absolutely putrid

This is absolutely putrid!
Never seen such a convoluted maze to get through and see a lead and update it.
You want to take time off the sales staff and not get them to sell then use this app.
If you don't use it, you'll sell more cars.
I've been selling cars for 30 years and successful being sent all over the world winning trips and this is the worst I have ever used.
Avoid at all costs.

**Date of experience:** July 20, 2024

👍 Useful **3**    ⌁ Share

Advertisement



    Updated Apr 30, 2024

### A corrupt company set up to profit from…

A corrupt company set up to profit from serving as a web host and email sender for scammers and senders of unsolicited SPAM. Over 80% of the unsolicited SPAM I received over the last 6 months is from them. The absolute lowest of the lowlife wasters.
I can't stop the flow of the lowest sh!t on the internet from salesforce.com. Salesforce.com GO ROT IN HELL.

**Date of experience:** March 08, 2024

👍 Useful **1**    ⌁ Share



    Mar 4, 2024

### Not reachable by phone

Called them (in dutch), after a while in the queue I got a message there are no dutch speaking agents available and if I wanted to continue in English. I agreed and after a while I got the message there are no English speaking agents available. Guess the next option is Chinese...

**Date of experience:** March 04, 2024



★☆☆☆☆                                    Apr 27, 2024

### They lock you our quickly and are very slow to turn you back on

Great system.If you get locked out due to a recurring billing error.They are very slow to turn you back on meaning your whole team cannot access the system for days even after you make payment.

**Date of experience:** April 25, 2024

👍 Useful    ⌁ Share                                    ⚑

| Previous | Next page |
|----------|-----------|

Advertisement

### About Salesforce
Information written by the company

What is Salesforce? Salesforce is a customer relationship management solution that brings companies and customers together. It's one integrated CRM platform that gives all your departments — including marketing, sales, commerce, and service — a single, shared view of every customer. Learn more at salesforce.com/learnmore

### Contact

@ info-de@salesforce.com

📞 0800 1822338

📍 415 Mission St
CA 94105

🔍 Sea   Categories    🔍    Blog     CS    Courtne…     **For businesses**

Business Services   ›   Salesforce

**Overview**      Reviews      About

# Salesforce

Reviews 486 • Bad

★★½☆☆   1.4   ⓘ

✅ **VERIFIED COMPANY**

In the **Business Services** category

🔗 **salesforce.com**        →

*Write a review*

## Company activity                 [See all](#)

| 🖼️ Claimed profile | 🕐 Hasn't replied to negative reviews |
|---|---|

## Reviews ⭐ 1.4

486 total

| | | |
|---|---|---|
| ☐ 5-star | | 5% |
| ☐ 4-star | | 3% |
| ☐ 3-star | | 2% |
| ☐ 2-star | | 6% |
| ☑ 1-star | | 84% |

| Filter ⚟ | Most relevant ⇅ |
|---|---|

| 1-star ✕ |   Last 12 months ✕ |   Reset |
|---|---|---|



★☆☆☆☆                                                                Jul 25, 2024

### They're ridiculous!

We had Salesforce for two years trying no to get it going for our business. We wanted it to work but all their support team is incompetent! After many attempts to make changes to our platform to get it to work for us, we decided to go with another company. We still had to pay the year because the rep that we were informed to contact to cancel our subscription kept putting us off. Not replying to our emails. We called several times to cancel and so three months later of finally getting a hold of someone they would give us any kind of help and were forced to pay the rest of the year. We tried to work with Sales force and called their support team to make changes on our platform until we had enough. We didn't use their program for the entire year and told them that we had been trying to cancel and sent emails that we wanted to cancel but of course they don't care about customer support or service. We still had to pay the entire year because their employees suck at communication and don't have knowledge on their own program.

We will never work with them again nor do I recommend them. Especially for Restoration, plumbing, contractors.

Stay away from this company!!!

**Date of experience:** July 23, 2024

👍 Useful **3**    ⌁ Share                                                        ⚑

Advertisement



★☆☆☆☆                                                                Dec 11, 2023

### No progress on quality

This application has sucked for years, after all the money they "reinvested". It seems to have only gotten worse. Its amazing how a company can charge so much for a product that is not even complete.

**Date of experience:** December 11, 2023

👍 Useful **2**    ⌁ Share                                                        ⚑





★☆☆☆☆                                                              Dec 21, 2023

### Not Customer Service Friendly

Working in Salesforce's Customer Service platform has been a torturous experience. Please do not subject your employees to this horrible platform. My company is ending our contract with SF after over a year and I am crying tears of relief.

**Date of experience:** December 21, 2023

👍 Useful **3**      ⌁ Share                                              

---



★☆☆☆☆                                                              Jun 12, 2024

### DO. NOT. DO. IT!

If I could do zero stars I would. Salesforce has been the most unsupportive, manipulative, unhelpful software company I've ever worked with.

Do not be fooled by the sales process. They will make it sound like butterflies and rainbows until you sign the contract. From then on, I wouldn't count on receiving any support or help from anyone. Oh and be prepared for them to nickel and dime you at every turn. Your "rep" will change every 2 weeks, and they're useless anyways because everything has to go through "approval". But everything gets denied so don't get your hopes up.

I reached out 3 months prior to our renewal date. They finally got back to me (after going through apparently 2.5 months of "approvals") 1 week prior to our renewal date. I asked for revisions that continually came back incorrect up until 2 days prior to the deadline. I asked for some leeway to review with my superiors considering they took 11 weeks to get back to us and I was sent a nasty and unyielding email back saying if we don't sign by end of day tomorrow we will be forced into whatever agreement they originally suggested and they will implement without our approval (which was a 10% increase by the way).

They know they can get you to implement your software for tens of thousands of dollars and then are stuck unless you want to go back to square one.

Awful awful company. Spare yourself the heartache and look elsewhere.

**Date of experience:** June 12, 2024

👍 Useful **4**      ⌁ Share



★☆☆☆☆                                                                Apr 22, 2024

**Horrible product**

Horrible product. I am cancelling. All they want to do is bill you, ZERO customer service. Truly regret purchasing it. I am in process of replace it.

**Date of experience:** April 22, 2024

👍 Useful **2**    ⌁ Share                                                      ⚑

Advertisement





★☆☆☆☆                                                                Jul 25, 2024

**This company needs to be investigated. Contact me to assist in putting together a story for for media attention.**

This company needs to be investigated. They are publicly listed due to the fact that they are in bed with multi million dollar corporations who have a never-ending supply of money, However, their sales staff are trained to target small to medium businesses who are then misled into buying software that not only cost a ridiculous amount of money but fails completely to meet expectations. If you buy this software, you will very quickly realise that once you've signed the dotted line, the sale staff will drop you like a stone and you'll be left completely hopeless, paying for licenses you do not require with absolutely no support and a product that doesn't work. It doesn't matter if the software doesn't work one bit, they will charge you, and take you all the way through to debt collection just to get their money. Shareholders are the only people who matter in SF. They are complete rip-off merchants. Our company was promised a completed platform February 2 And, as I write this email we still do not have a platform that works. Our franchise owners have lost thousands, we have lost hundreds of thousands and our reputation has been jeopardised because of salesforce. We have decided that legal action needs to be pushed upon these thieves. My email address is mastercanavan(at)i.c.l.o.u.d.com (replace (at) with @ and take out the dots to make cloud) If you have been impacted by this company, please reach out to me via email. I will compile as much evidence as possible and go straight to the media. Let's put a bit of a dent in this brands reputation.

**Date of experience:** July 25, 2024

👍 Useful **2**    ⌁ Share                                                      ⚑



★☆☆☆☆                                                                          Jul 3, 2024

## Worst customer service ever!!!

I have never ever experienced such poor customer service as I have with Salesforce. Stay far away from this company!

**Date of experience:** July 03, 2024

👍 Useful **2**    ⌁ Share                                                              ⚑



★☆☆☆☆                                                                          Sep 9, 2024

## Nightmarish Experience

I wish I had read these reviews before going into business with these thieves!!

My experience with SalesForce has been a horrendous ordeal from start to finish. It all began with the sales agent who was overly persistent and pushy. It wasn't until after everything was finalized that I realized he had blatantly lied about the terms of our contract.

As a small business with only 10 employees, we were unsure if we needed 4 accounts/licenses. However, the sales agent assured us that in order to secure a discount deal, we would need the four licenses, with the option to remove them later if unnecessary. He claimed it would be easier to adjust the number of licenses rather than purchasing additional ones later on. This, however, turned out to be a blatant falsehood.

We encountered continuous issues trying to integrate our sales system with SalesForce's, facing compatibility problems at every turn. When we requested to have the unnecessary licenses removed, they refused and insisted that we were bound by the terms of the contract for the entire year.

Despite numerous attempts to contact them via email, phone calls, and even filing a complaint against the sales agent with his manager for unethical behavior, we were simply redirected to their 'legal' department. Instead of addressing our concerns, they relentlessly demanded payment to fulfill the contract. In the end, we had to involve our bank and provide evidence that their system was incompatible with ours in order to secure a refund for their failure to deliver the promised service.

Their shady business practices are nothing short of a scam, preying on hardworking businesses for profit. My advice to others is to steer clear of SalesForce at all costs. It was a year-long nightmare that I deeply regret enduring.

👍 Useful **2**    ⌁ Share



                                                            *May 3, 2024*

### The support team are amazing at their…

The support team are amazing at their jobs. The billing team however are a complete waste of time and have cost my business thousands with their errors.

**Date of experience:** May 03, 2024

👍 Useful    ⌁ Share

Advertisement



                                                            *Feb 8, 2024*

### Where are reviews like these when you need them???

It should be easier to access independent review platforms like this so innocent people looking to find out the truth about SalesForce can find it from actual users, and not the fluffed up canned reviews created by SF. That's all that is immediately available unless you search for hours I wish I found this before I trusted this company with all my valuable client information to my detriment…after loosing ALL of my fines over a credit card glitch. I cancelled my cc after being a victim of identity theft. This happened twice. The first time…Once I reactivated my account, I realized my files were gone and it was like pulling teeth to get someone on the phone or anywhere to help restore them. Finally I got my files back. The 2nd time…again I was unable to get someone on the phone. Your account manager (or whatever they call them) changes all the time and this is the person you have to speak to. This card was where my SF monthly withdrawal came from. I actually enjoyed using SF as a CRM prior to these issues. People running a small business don't have time to chase companies to correct a problem like this. It's been over a tear…my fines still have not been retrieved and i have yet to even get a call back from SF. I'm done! In fact I should sue! I'm over SalesForce!!!!

**Date of experience:** February 28, 2023

Useful 3    Share



 ★★★★★                                              Aug 5, 2024

**Horrible Customer Service Experience**

Don't bother with their customer service. They're just sending me in circles at this point.

**Date of experience:** August 05, 2024

Useful **1**    Share



 ★★★★★                                             Jan 25, 2024

**steer clear of Salesforce if you're contemplating using their services.**

Absolutely infuriated with Salesforce! Dealing with them has been a nightmare. It's mind-boggling how a company supposedly helping others in sales and customer support can fail so spectacularly with its own clients. We requested the cancellation of our Pardot subscription six months in advance, and despite confirmation by email from the account manager, they managed to mess it up.

With an account manager musical chairs—changing four times in less than six months—and a slick move changing the product name from Pardot to Marketing Cloud, they slipped Pardot back into our contract without bothering to inform us. Six months of battling with Salesforce through a case, with minimal help from our account manager, and now they have the audacity to demand payment for a service we made crystal clear we didn't want.

Their refusal to admit their colossal error, constant misleading information, and what feels like a blatant attempt at fraud make this a horrendous experience. Stay far away from Salesforce if you value your sanity and business.

**Date of experience:** January 25, 2024

Useful **1**    Share





### RMG are on this platform (property…

RMG are on this platform (property management) and it has to be one of the slowest, more excruciatingly painful experiences I've ever had the pleasure of witnessing as a ux/ui designer and operate as a user.

The only positive I can share is that everyone in the ratings feels the same way.

**Date of experience:** February 02, 2024

👍 Useful **1**     ⌁ Share                                              ⚑

Advertisement



Apr 11, 2024

### Illegal business practices, unscrupulous re-subscription, unethical double collection

They are an EVIL organization. When I first signed up, I paid for premium support. I got NO support whatsoever. Simple questions, no responses. They would give me a link to a website for me to figure it out myself even if I paid about $150 a month for premium help! I never used the software at all. Not once!
So, I rode the year, and had every intention not to renew. All of a sudden, I got a receipt that I was automatically renewed for another year. They automatically charged my card, and I complained same day. They wouldn't reverse my charge because they said it's too late to stop the subscription. So, I had to pay for another year. One month before the subscription ended, I cancelled my subscription. I kid you not, I got at least 5 automatic renewals that I had to repeatedly go into the system to cancel my subscription. I got so pissed off, I cancelled my credit card so they couldn't charge my credit card. Then for the last payment, I told them I would pay via check. They gave me instruction to pay via wire transfer, which I did. And after I transferred the money, they said, I didn't pay it! I have proof of payment, and now, they are trying to send my account to collections!
They are trying to bully me to pay twice and I will not have it. I will not succumb to harassment, bullying and this unethical sales practice. STAY AWAY FROM THEM!!!!

**Date of experience:** April 11, 2024

👍 Useful **1**     ⌁ Share                                              ⚑

## Worst customer experience every

Worst customer experience every. I spent 1 hours on the phone with them the other day and nothing! fix ur customer experience up ASAP.

**Date of experience:** February 16, 2024

👍 Useful **2**    ⤳ Share

🚩



    Jun 18, 2024

## If I could give a zero star rating I…

If I could give a zero star rating I would. Please save yourself the money & headaches and avoid this company at all costs.

We paid for 3 licenses with Salesforce Maps added and access to the Premier Success Plan to "lighten the lift" as they put it.

Premier Success plan was nothing but a joke (and a $1500 USD touch). Every "expert" was uneducated on the field they worked in. Never got any help, just a constant game of running around in circles with them. Told we'd have access to support whenever we needed it with this additional add-on, turns out it's 5-7 business days to talk to someone & then every time we connected with them they were unable to answer any questions or help in any sort of way. I was offered a refund for the Premier Success Plan as they acknowledged I never received the service. When I went to take that offer I was told "no we can't do that anymore". Just constant games & lying with this company.

As for our 3 licenses, my team's been locked out of our accounts for 2 months. Their support said "reach out to your account representative". I emailed 3 times, no response. On the last email, I said "just cancel my account". Then I received a call right away from my account manager David Mourad saying "sorry, I assumed someone else was dealing with it." Here we are 2 months later, no service, no refunds & locked into working with this terrible company.

All they care about is getting you locked in to a contract & collecting their payments. Once the contracts signed, their service goes to zero.

Stick to a lower cost CRM program that has better service & doesn't lock you in to working with them even when they don't provide the service provided.

**Date of experience:** June 18, 2024



                                                                    Feb 15, 2024

**I speak 3 languages... But salesforce speaks only 1 = Scam**

I speak 3 languages, English, French and Spanish.

I work very hard to implement all the data my staff need to process everyday task.

I uploaded a new .csv file with a few 10 of thousands of Data.

I made an error, and I need to delete all of the records I uploaded 2 minutes ago. Salesforce will offer me only 1 option: 250 records at a time. At this rate, it will take me a few days to delete them all.

I used dataloader.io before, which was free with no limitation on the quantity of leads.

Now it is maximum 10 000 / month or pay us $100 or even $300 to do 100 000 records/month or Unlimited.

I called Salesforces, I requested to speak french (my mother language), they are creating a ticket and said, wait for up to 2 days to get a return call or email.

Is that serious? First to block me from deleting my own records, but no, they say they do, just at 250 record per task.... when you have near 100 000 records, this is like saying "we really don't care about your efficiency or workflow, we'll just stick it to you."

But that is only the surface, No French speaking agent answered the call, and I call 3 to 4 times. Enough so that now they hung up when I call. Seriously hung up as soon as they pick it up.

Why did I choose salesforce, awful mistake. This is the standard of customer service these days?

**Date of experience:** February 15, 2024

Useful 2    Share

Advertisement

May 4, 2024

**The hassle isn't worth the implied value**

My company uses Salesforce because its software we know. However, now that we've had about 4 months of service with them, we're rethinking our commitment.

First, the software is insanely expensive and the basic out of the box functionality is not reliable. (Salesforce, check my trouble tickets)
We have had to employ a third party expert to get in and make changes to things like admin vs general user permissions- you know- because why would we want a general user to be able to delete other people's records?

When the expert then says "hmm… this is odd, the changes I've made aren't working. I'll have to submit a trouble ticket", I am now paying the person to get your support people online to tell him it's a glitch on their end and nothing he can fix. Please stand by and we'll flip switches on our end… I still have to pay that person for Salesforce's issues. So for that, I'm quite irritated that the cost isn't the cost. I have to pay a professional because I don't know if I'm doing it wrong or if salesforce just isn't working today.

Functionality issues aside, the billing department is useless. "We would have been able to accommodate your requests IF YOU HAD reached out to us prior to xyz date."
My reply: I have forwarded you two examples of when I reached out prior to xyz date and received no response."

(Insert salesforce mea culpa here)

Salesforce also doesn't tell you that they'll discuss your account information with anyone THEY THINK they should. But fear not! The information they provide you won't be accurate anyway- so it really doesn't matter.
Does this inaccurate and unauthorized information exchange matter to them? No!
You'll get a reply that YOU should know better. But not an actual apology for their misinformation or mishandling of information.

It doesn't matter if this issue causes a panic, costs money on our end, or eats up our own valuable time. Everything is the customer's fault.

Save money and time by going elsewhere. At this juncture, I think we'll have our own CRM built because in the long run, it will save us money and hassle.

**Date of experience:** May 04, 2024

👍 Useful **1**     ⌁ Share



★☆☆☆☆                                                              *May 10, 2024*

### their marketing and sales team are…

their marketing and sales team are really aggressive and slightly decietful what they promise vs what they deliver are very differnt once you sign contract the marketing team is gone

**Date of experience:** March 10, 2024

👍 Useful **2**       ⌁ Share                                                        ⚑

---



★☆☆☆☆                                                              *May 14, 2024*

### I am extremely dissatisfied with the…

I am extremely dissatisfied with the service I have received from Salesforce. Despite repeated requests, I have consistently faced issues that have not been adequately addressed, leading to considerable frustration.

Firstly, I requested quotes multiple times, but they were not provided in a timely manner, if at all. This lack of responsiveness has caused significant delays and inconveniences in my planning and decision-making processes.

Additionally, I requested changes to the number of licenses before the renewal period, but these requests were refused, leaving me with an inflexible and unsuitable service package. I was informed about the renewal six months ago and asked to be contacted closer to the renewal date, but nobody reached out. When I inquired about the renewal two weeks in advance, I was told it would be impossible to make any changes. Instead of receiving the requested quote, after more than a week, I was informed that the service had already been renewed without any option to make changes. To make matters worse, the service was auto-renewed with increased pricing without any confirmation from our end.

This rigidity and lack of communication do not align with the dynamic needs of my business and demonstrate a clear disregard for customer satisfaction and adaptability.

**Date of experience:** May 14, 2024

👍 Useful **1**       ⌁ Share                                                        ⚑

---

| Previous | Next page |
|----------|-----------|

Advertisement

Trustpilot regards 1 and 2-star reviews as negative. Data is based on the last 12 months, and all days of the week are taken into account. Read more

Overview    Reviews    About

## Salesforce

Reviews 486  •  Bad

⭐ 1.4  ⓘ

✅ **VERIFIED COMPANY**

In the **Business Services** category

salesforce.com                                                    →

Write a review

### Company activity                                    See all

| 📅 Claimed profile | 🕐 Hasn't replied to negative reviews |

### Reviews ⭐ 1.4
486 total

| ☐ 5-star | 5% |
| ☐ 4-star | 3% |
| ☐ 3-star | 2% |
| ☐ 2-star | 6% |
| ☑ 1-star | 84% |

| Filter ⚙ | Most relevant ⇅ |

[ 1-star ✕ ]  [ Last 12 months ✕ ]    Reset

⭐                                               Jan 21, 2024

**SPAM Mail**

Any reputable company should not use this company, they are one of the largest contributors of SPAM mail.

**Date of experience:** January 19, 2024

👍 Useful **1**    ⤴ Share

Advertisement



★☆☆☆☆                                                                          Jun 25, 2024

### Salesforce is one of the worst contact…

Salesforce is one of the worst contact management softwares I have ever used in my 15 years as a salesperson. Contact management and time management are the two most important aspects of your day when running your practice and I still can't believe how bad salesforce is at this after using the platform for so many months now. I have given it a fair chance and my expectations were reasonably high based on what I was told it would be like but they have grossly over promised and severly underdelivered. I honestly don't know how people use it for effective contact management and relationship building with clients and customers. It is clunkly, non intuitive, simple tasks take way too many clicks and time, it's very slow, and I mean very slow to load compared to other platforms I have used and for what we should expect for our internet speed and just the expectations of technology today. Not to mention the expectations set by SF. It's not that hard to learn as I heard from some reviews in the beginning. I think some people get feedback mixed up with learning curve and just horrible processes. Anyone who is in sales knows how important contact tracking and activity tracking are. I love to track for my business and I am a very good at taking care of clients because of my attention to details. With SF, it takes many more clicks and actions for the most basic logging of activities. It makes no sense, not even from a managerial level as our compliance team has complained about how to best monitor activities with the way the system requires us to enter info. Think about it like this: your a bakery chef and someone comes to you and says they are going to build you a custom kitchen, the best custom kitchen that will help you cook and serve customers. They build the kitchen and stick the cooling racks for the baked goods on the opposite side of the kitchen from the ovens, not next to them, as far away as possible. You ask them to update it, and they seemingly can't. It truly feels like whoever developed the software has very little to no experience in sales or any position that requires relationship management. I have asked a number of peers in my industry and in other industries about their experience with SF and every single person I have talked to hates it and has similiar feedback to me even though they have their own customised versions. From my experiences, you would have to have some really terrible CRM software for salesforce to be an improvement.

**Date of experience:** June 24, 2024

👍 Useful **1**    ⤴ Share



★☆☆☆☆                                                                          Jul 11, 2024

### Extremely Disappointing Customer Service Experience with Salesforce

I am writing this review to express my profound disappointment with the customer service experience I have had with Salesforce over the past several months. My company, The Master's Lawn & Pest initially engaged Salesforce for their services, but due to unexpected staffing issues, we requested to pause our services on February 5th. Despite following up a week later, our account manager did not respond to either email.

The only response we received was from a Salesforce contractor assisting with implementation, who was friendly, understanding, and reassured us that we could continue working with Salesforce once we had restaffed and trained for the vacant positions. This individual gave us hope and made us feel that Salesforce was committed to helping us through our transitional period.

However, that was the extent of the positive experience. The rest of the Salesforce team ignored our emails until the issue of payment arose. Months later, we finally received a response—focused solely on an overdue invoice. There was no acknowledgment of our previous attempts to communicate, no apology for the lack of response, and no flexibility or concern for our situation. Instead, we were met with a canned response about contract obligations, which would have been crucial information for us to know back in February.

Now, five months after our initial email, we are being threatened with collections for a service that has not been used during this time. Despite our intention to move forward with Salesforce implementation after resolving our staffing issues, this experience has left us with an extremely bitter taste. The customer service, or rather the complete lack thereof, has been appalling.

Salesforce's indifference to our situation and the lack of communication from their team has been shocking. We expected more from such a reputed company. Unfortunately, their lack of customer care and concern has driven us to terminate any future plans of working with them.

**Date of experience:** July 01, 2024

👍 Useful **1**    ⌒ Share                                                                                ⚑

---



⭐☆☆☆☆                                                                      Mar 12, 2024

### It is more like a scam and customer…

It is more like a scam and customer service is bad as well

**Date of experience:** March 11, 2024

👍 Useful    ⌒ Share                                                                                ⚑

---



⭐☆☆☆☆                                                                       Dec 9, 2023

### What a shameful company

I spent over 100k and never was able to use there product. They never tried to help or anything

**Date of experience:** December 09, 2023




**Business Profile**

# Salesforce.com, Inc.

Computer Software Developers

👤 Headquarters     ◎ Multi Location Business

---

ⓘ **The Complaints and Reviews shown on this HQ profile may have been submitted against either the HQ itself or one of the corporate-owned locations found under "Find Locations".**

---

## Contact Information

📍 The Landmark @ One Market Street
Suite 300
San Francisco, CA 94105

🌐  Visit Website

📞  (415) 901-7000

## Customer Reviews

⭐☆☆☆☆ 1/5

Average of 12 Customer Reviews

| Read Reviews |     Start a Review

## Customer Complaints

**83** complaints closed in last 3 years
**40** complaints closed in last 12 months

## BBB Rating & Accreditation

# B-

THIS BUSINESS IS NOT BBB ACCREDITED

Search for Accredited
Businesses in this category

**Years in Business:** 25

**Customer Reviews are not used in the calculation of BBB Rating**

Reasons for BBB Rating

Read Complaints    File a Complaint

## Related Categories

[Computer Software Developers](#) · [Cloud Services](#)

## Overview

This company offers customer relationship management web services.

## Business Details

This is a multi-location business.

**Headquarters**
The Landmark @ One Market Street Suite 300, San Francisco, CA 94105

**BBB File Opened:** 1/3/2002

**Years in Business:** 25

**Business Started:** 3/1/1999

**Business Started Locally:** 3/1/1999

**Type of Entity:** Corporation

**Number of Employees:** 16000

**Business Management**
Mr. Marc Benioff, CEO
Ms. Veronica Angeles, Senior Accountant
Mx. Amani Hall, Division Leader

**Contact Information**
Principal
Ms. Veronica Angeles, Senior Accountant
Customer Contact
Mx. Amani Hall, Division Leader

**Additional Contact Information**
Fax Numbers
(415) 901-7040    Primary Fax

## Customer Complaints

83 Customer Complaints

**Most Recent Customer Complaint**

**Complaint Type:** Billing Issues
**Status:** Answered

                                    11/03/2024

I have never been able to log into my account and thus have not been able to cancel it. I have requested to close this account since the beginning but I have...

## Customer Reviews

12 Customer Reviews

**What do you think? Share your review.**
[How BBB Processes Complaints and Reviews](#)

Start a Review

**Most Recent Customer Review**

fawn p

★☆☆☆☆                                    10/18/2024

Upon signing up for Salesforce, I was locked out of my account on the same day the contract was signed and remained unable to access it for seve...

[Read More](#)



[Read 11 More Customer Reviews](#)

## Local BBB

BBB serving the San Francisco Bay Area and Northern Coastal California

More Info on Local BBB

## BBB Reports On

BBB reports on known marketplace practices.

See What BBB Reports On

BBB Business Profiles may not be reproduced for sales or promotional purposes.

BBB Business Profiles are provided solely to assist you in exercising your own best judgment. BBB asks third parties who publish complaints, reviews and/or responses on this website to affirm that the information provided is accurate. However, BBB does not verify the accuracy of information provided by third parties, and does not guarantee the accuracy of any information in Business Profiles.

When considering complaint information, please take into account the company's size and volume of transactions, and understand that the nature of complaints and a firm's responses to them are often more important than the number of complaints.

BBB Business Profiles generally cover a three-year reporting period. BBB Business Profiles are subject to change at any time. If you choose to do business with this business, please let the business know that you contacted BBB for a BBB Business Profile.

As a matter of policy, BBB does not endorse any product, service or business. Businesses are under no obligation to seek BBB accreditation, and some businesses are not accredited because they have not sought BBB accreditation.

© 2024, International Association of Better Business Bureaus, Inc., separately incorporated Better Business Bureau organizations in the US and Canada, and BBB Institute for Marketplace Trust, Inc. All rights reserved. *In Canada, trademark(s) of the International Association of Better Business Bureaus, used under License.





**Customer Reviews**

# Salesforce.com, Inc.

Computer Software Developers

👤 Headquarters    ◎ Multi Location Business



## 12 Customer Reviews



⭐☆☆☆☆                                                                    10/18/2024

Upon signing up for Salesforce, I was locked out of my account on the same day the contract was signed and remained unable to access it for seven days. I notified Michael Shay immediately about the issue but received very little help—primarily links and being placed in a queue for assistance. Unfortunately, despite my efforts, I was ultimately forced to switch to another provider to avoid further disruption to my business. It became clear that my account, requiring only one user, was likely not prioritized, which I now see may have contributed to the lack of resolution. I made the decision to invest in Salesforce for my business because I believed it would offer the best tools and support to help us grow. This was my first experience with Salesforce, and it is not the emotional response I had hoped to have from such a reputable brand. Helping me resolve this would be a big step toward restoring the respect I had for Salesforce. I decided to go with the best, only to be let down on multiple levels. I understand Salesforce is a global leader in customer relationship management, and I recognize that supporting thousands of businesses worldwide places unique demands on your team. However, for small businesses like mine, even minor service disruptions can have a major impact. $1,220 is a substantial amount for a business of my size, and the potential damage from sending this account to collections could devastate my business's credit standing, affecting our ability to grow and sustain operations. I am respectfully asking that Salesforce waive this fee—not only without sending it to collections but also without requiring payment for something I did not receive through either Salesforce support or my account executive . I look forward to your prompt response and hope we can work toward a fair resolution that does not cause further harm to my business.



⭐☆☆☆☆                                                                    06/18/2024

If I could give a zero star rating I would. Please save yourself the ***************** and avoid this company at all costs.We paid for 3 licenses with Salesforce Maps added and access to the Premier Success Plan to lighten the lift as they put it.Premier Success plan was nothing but a joke (and a $1500 USD touch). Every expert was uneducated on the field they worked in. Never got any help, just a constant game of running around in circles with them. Told wed have access to support whenever we needed it with this additional add-on, turns out its 5-7 business

days to talk to someone & then every time we connected with them they were unable to answer any questions or help in any sort of way. I was offered a refund for the Premier Success Plan as they acknowledged I never received the service. When I went to take that offer I was told no we cant do that anymore. Just constant games & lying with this company.As for our 3 licenses, my teams been locked out of our accounts for 2 months. Their support said reach out to your account representative. I emailed 3 times, no response. On the last email, I said just cancel my account. Then I received a call right away from my account manager *********************** saying sorry, I assumed someone else was dealing with it. Here we are 2 months later, no service, no refunds & locked into working with this terrible company.All they care about is getting you locked in to a contract & collecting their payments. Once the contracts signed, their service goes to zero.Stick to a lower cost CRM program that has better **************** lock you in to working with them even when they dont provide the service provided.



⭐☆☆☆☆                                                                        06/12/2024

If I could do zero stars I would. Salesforce has been the most unsupportive, manipulative, unhelpful software company I've ever worked with. Do not be fooled by the sales process. They will make it sound like butterflies and rainbows until you sign the contract. From then on, I wouldn't count on receiving any support or help from anyone. Oh and be prepared for them to nickel and dime you at every turn. Your "rep" will change every 2 weeks, and they're useless anyways because everything has to go through "approval". But everything gets denied so don't get your hopes up. I reached out 3 months prior to our renewal date. They finally got back to me (after going through apparently 2.5 months of "approvals") 1 week prior to our renewal date. I asked for revisions that continually came back incorrect up until 2 days prior to the deadline. I asked for some leeway to review with my superiors considering they took 11 weeks to get back to us and I was sent a nasty and unyielding email back saying if we don't sign by end of day tomorrow we will be forced into whatever agreement they originally suggested and they will implement without our approval (which was a 10% increase by the way). They know they can get you to implement your software for tens of thousands of dollars and then are stuck unless you want to go back to square one. Awful awful company. Spare yourself the heartache and look elsewhere.



⭐☆☆☆☆                                                                        04/12/2024

They are an EVIL organization. When I first signed up, I paid for premium support. I got NO support whatsoever. Simple questions, no responses. They would give me a link to a website for me to figure it out myself even if I paid about $150 a month for premium help! I never used the software at all. Not once!So, I rode the year, and had every intention not to renew. All of a sudden, I got a receipt that I was automatically renewed for another year. They automatically charged my card, and I complained same day. They wouldn't reverse my charge because they said it's too late to stop the subscription. So, I had to pay for another year. One month before the subscription ended, I cancelled my subscription. I kid you not, I got at least 5 automatic renewals that I had to repeatedly go into the system to cancel my subscription. I got so ****** off, I cancelled my credit card so they couldn't charge my credit card. Then for the last payment, I told them I would pay via check. They gave me instruction to pay via wire transfer, which I did. And after I transferred the money, they said, I didn't pay it! I have proof of payment, and now,

they are trying to send my account to collections!They are trying to bully me to pay twice and I will not have it. I will not succumb to harassment, bullying and this unethical sales practice. STAY AWAY FROM THEM!!!!



⭐☆☆☆☆                                                                                          02/12/2024

Trying to cancel their service is impossible. After numerous attempt to contact service and no location on your profile to cancel, you're locked in. I'm surprised this hasn't come out in the public.



⭐☆☆☆☆                                                                                          12/07/2023

Worst company ever , watch out where you put your money in they give you all what you want to hear and false statement just to lock you in and let you sign a contract .Be aware before you sign anything , also worst customer service ever .Once they lock you in for a one year contract with auto renew even they told you it's not they will never answer again or call you back.



⭐☆☆☆☆                                                                                          10/17/2023

I agree with everyone on here. It is next to impossible to reach anyone at Salesforce. I have sent two emails requesting my auto-renewal be turned off and only received one response and that was to tell me I can't cancel my account. Sent them an email backing stating I want auto-renewal turned off and have not heard back and it is still on. Sent in a third request today and we will see what happens. There are enough complaints on here that I think I would have the numbers for a class action lawsuit against them if they do not respond and turn it off. I wish I would never signed up for their service, it has been a huge disappointment and a waste of time and money. Stay far away from them. I would have gave them zero stars but it is not an option.



⭐☆☆☆☆                                                                                          11/21/2022

Attention all companies looking for a Reliable product and service,We have purchased salesforce for our company since the beginning of Nov/22. Our experience has been nothing short of awful. We were not able to sign in for about 2 weeks and had to deal with the absolute worst customer service we have ever experienced. I know how hard we work to keep our customers happy, and the purchasing salesforce has been a total waste of money and disappointment. There is no one you can contact to address the issues and the account executives that make the initial sales are not educated and helpful. Since our experience and service has been horrible, we decided to investigate canceling our subscription and getting a refund, neither the account executive or anyone in billing and customer service is able to help

you or even listen to our concern and make sure we are refunded since they have not been able to resolve the issues. We have basically thrown our money away without even trying to use this Poorly managed CRM. They keep wanting to upsell you and the fact that there is no one to hear your concern and make sure after purchase you are well taken care of and have a good experience you are left alone. Stay away

---

⭐☆☆☆☆                                                                                      11/04/2022

After not using SalesFarce for over 6 months, we asked to cancel. The good news is we received a professional response from SalesFarce. In that they refused to honor our request to cancel. Such practice is not in line with putting the customer first. This is an example how big business grinds on small business.

---



⭐☆☆☆☆                                                                                      09/20/2022

Salesforce has the absolute worst customer service I have ever experienced. They overcharged by account by $850 and are non responsive when I email them regarding it. I have messaged them 5 times over 2 weeks with absolutely no response.

---



⭐☆☆☆☆                                                                                      07/11/2022

Salesforce was responsible for millions of dollars of data that was hacked out of our CRM. Not only did they ignore the issue and say it was not their fault, but they had the audacity to keep trying to **** us after moving our entire CRM database elsewhere. Overpriced and there needs to be a class action lawsuit against this company.

---



⭐☆☆☆☆                                                                                      04/16/2022

Worst software service Ive ever experienced. Strict with user access and way overpriced. **************** is awful. We emailed to cancel and they said it was too late and that we owed for a full year. They could see that we hadnt logged in for months, yet refused to drop the ****. They now have an extremely aggressive collection company hounding us and refusing to make a deal of any kind. Weve offered to pay half of what the agreement was for, even though we havent used the system at all during the time period they are charging us for. I understand its an auto renew agreement, but at some point there needs to be a human element here. Stop treating us, your former customer, like we are thieves. You are the ones overcharging people for an underwhelming produce with sad customer support.

# Customer Review Rating

 1/5

Average of 12 Customer Reviews

---

## Contact Information

📍 The Landmark @ One Market Street
Suite 300
San Francisco, CA 94105

🌐 [Visit Website](Visit Website)

📞 [(415) 901-7000](tel:4159017000)

---

## BBB Rating & Accreditation

**B-**

**THIS BUSINESS IS NOT BBB ACCREDITED**

[Search for Accredited
Businesses in this category](#)

**Years in Business:** 25

**Customer Reviews are not used in the calculation of BBB Rating**

[Reasons for BBB Rating](#)

BBB Business Profiles may not be reproduced for sales or promotional purposes.

BBB Business Profiles are provided solely to assist you in exercising your own best judgment. BBB asks third parties who publish complaints, reviews and/or responses on this website to affirm that the information provided is accurate. However, BBB does not verify the accuracy of information provided by third parties, and does not guarantee the accuracy of any information in Business Profiles.

When considering complaint information, please take into account the company's size and volume of transactions, and understand that the nature of complaints and a firm's responses to them are often more important than the number of complaints.

BBB Business Profiles generally cover a three-year reporting period. BBB Business Profiles are subject to change at any time. If you choose to do business with this business, please let the business know that you contacted BBB for a BBB Business Profile.

As a matter of policy, BBB does not endorse any product, service or business. Businesses are under no obligation to seek BBB accreditation, and some businesses are not accredited because they have not sought BBB accreditation.



Home > California > San Francisco > Computer Software Developers > Salesforce.com, Inc. > Overview of BBB Ratings

## « Overview of BBB Ratings



# Salesforce.com, Inc.

## Reasons for Rating

# B-  **Salesforce.com, Inc.**

- Failure to respond to 6 complaint(s) filed against business

## About BBB Ratings

BBB ratings represent the BBB's opinion of how the business is likely to interact with its customers. The BBB rating is based on information BBB is able to obtain about the business, including complaints received from the public. BBB seeks and uses information directly from businesses and from public data sources

BBB assigns ratings from A+ (highest) to F (lowest). In some cases, BBB will not rate the business (indicated by an NR, or "No Rating") for reasons that include insufficient information about a business or ongoing review/update of the business's file

BBB Business Profiles generally explain the most significant factors that raise or lower a business's rating

BBB ratings are not a guarantee of a business's reliability or performance. BBB recommends that consumers consider a business's BBB rating in addition to all other available information about the business

Overview of BBB Ratings

## Contact Information

📍 The Landmark @ One Market Street
Suite 300
San Francisco, CA 94105

## Accreditation

This business is not BBB Accredited   **Years in Business:** 25

BBB Business Profiles may not be reproduced for sales or promotional purposes.

BBB Business Profiles are provided solely to assist you in exercising your own best judgment. BBB asks third parties who publish complaints, reviews and/or responses on this website to affirm that the information provided is accurate. However, BBB does not verify the accuracy of information provided by third parties, and does not guarantee the accuracy of any information in Business Profiles.

When considering complaint information, please take into account the company's size and volume of transactions, and understand that the nature of complaints and a firm's responses to them are often more important than the number of complaints.

BBB Business Profiles generally cover a three-year reporting period. BBB Business Profiles are subject to change at any time. If you choose to do business with this business, please let the business know that you contacted BBB for a BBB Business Profile.

As a matter of policy, BBB does not endorse any product, service or business. Businesses are under no obligation to seek BBB accreditation, and some businesses are not accredited because they have not sought BBB accreditation.

© 2024, International Association of Better Business Bureaus, Inc., separately incorporated Better Business Bureau organizations in the US and Canada, and BBB Institute for Marketplace Trust, Inc. All rights reserved. *In Canada, trademark(s) of the International Association of Better Business Bureaus, used under License.